AO 440 (Rev. 10/93) Summons in a Civil Action

ORIGINAL

# United States District Court

### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Nihon Tsushin Kabushiki Kaisha<br>d/b/a Japan Communications, Inc., | )<br>)<br>) | **SUMMONS IN A CIVIL ACTION** |
| Plaintiff, | )<br>) | |
| v. | )<br>)<br>) | C.A. No. 07-619 |
| Donald Davidson, et al., | )<br>)<br>) | |
| Defendants. | ) | |

TO:   Samuel P. McManus
      8867 Tacoma Trail
      Huntsville, AL 35802

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Thomas C. Grimm (#1098)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899-1347

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

OCT 1 7 2007

CLERK

DATE

*[signature]*
BY DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10/19/07 |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: SAMUEL P. MCMANUS C/O THE DELAWARE SECRETARY OF STATE TOWNSEND BLDG. DOVER, DE  COPIES THEREOF WERE ACCEPTED BY KAREN CHARBANEAU

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/19/07
                    Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.