IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIHON TSUSHIN KABUSHIKI KAISHA d/b/a JAPAN COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DONALD DAVIDSON; DAVID IZATT; J. CHANDLER HALL; RNR VENTURES, LLC; ANGUS ADAIR WOLFGANG, INC.; HRC, LLC; LIOCE INVESTMENTS, LLC; SHATAS PARTNERS, LTD.; BRYAN W. BUTLER; JACALYN A. BUTLER; WILLIAM McCARY; BILLIE JOE McCARY; JEAN T. MOORE; MARGARET T. MOORE; DAVID S. BUTLER; JOHN JURENKO; WILLIAM SCOTT McCARY; TODD J. SLYMAN; FRANKLIN STREET INVESTMENTS, LLC; BRINDLEE CAPITAL LLC; HEIDE WILLIAMS; DAVID NICOLAS; MARK NICOLAS; JAMES V. BALCH; ALAN L. NORDLINGER; FORREST R. HAIRSTON; SR.; DIXIE D. WOLF; MICHAEL W. SOLLEY; SAMUEL P. MCMANUS; STEVEN D. MARZ; ANTHONY A. GANN; GREGORY J. CLAYTON; J. JEFFREY IRONS; VICKI C. IRONS; CITY LIGHT CAPITAL, LLC; LOUIS K. SISCO, JR.; GREGORY K. GUM; E. WAYNE BONNER; THOMAS M. GRIGGS; DALE B. GRIGGS; WEBBER INVESTMENTS; JOHN R. COLEMAN; DONNA C. COLEMAN; CHARLES T. HOUSER; PRASADA KAKANI; BHAVANI K.D. KAKANI; ROBERT E. THURBER; ELEANOR B. THURBER; and DAVID J. SLYMAN, JR.; <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 07-619-JJF |

**DECLARATION OF MAILING**

Thomas C. Grimm declares as follows:

1. I am a partner at the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to plaintiff in this action.

2. Defendant Eleanor B. Thurber ("Eleanor Thurber") is an individual residing in Huntsville, Alabama.

3. The Summons and Complaint in this action were served on defendant Eleanor Thurber on October 19, 2007, pursuant to 10 *Del. C.* § 3104, by hand-delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on October 24, 2007.

4. On October 24, 2007, copies of the Summons and Complaint were sent by registered mail to Eleanor B. Thurber, 2414 Covemont Drive, Huntsville, Alabama 35801, together with a notice stating that the service of the originals of the Summons and Complaint had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, that service is as effectual to all intents and purposes as if it had been made upon Eleanor Thurber personally within this state. *See* Exhibit A.

5. The registered mail return receipt that I received on November 5, 2007, shows that Eleanor Thurber received and accepted the Summons, Complaint and notice. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)

November 6, 2007
1306444

# EXHIBIT A

Case 1:07-cv-00619-JJF   Document 65-2   Filed 11/06/2007   Page 1 of 3

# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

October 24, 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Ms. Eleanor B. Thurber
2414 Covemont Drive
Huntsville, Alabama 35801

> *Nihon Tsushin Kabushiki Kaisha d/b/a Japan*
> *Communications, Inc. v. Donald Davidson, et al.,*
> C.A. No. 07-619-JJF

Dear Ms. Thurber:

This letter constitutes notice under 10 *Del. C.* § 3104 that suit has been instituted against you in the United States District Court for the District of Delaware.

Please be advised that the Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon you. Under the provisions of 10 *Del. C.* § 3104, such service is effective for all intents and purposes as if it had been made upon you personally within this State.

Enclosed is a copy of the Summons, Complaint, and other related documents as served on the Secretary of State, which explains the basis of the lawsuit.

Sincerely yours,

*Thomas C. Grimm*

Thomas C. Grimm

TCG
Enclosures
cc:    Jay D. Bennett, Esquire (via email, w/o encls.)

| Registered No. RA 614 328 954 US | Date Stamp |
|---|---|
| Reg. Fee 9 50 | |
| Handling Charge | Return Receipt 2 15 |
| Postage 1 48 | Restricted Delivery |
| Received by LB | |
| Customer Must Declare Full Value $ —0— | ☐ With Postal Insurance  ☐ Without Postal Insurance |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM:
Thomas C. Grimm, Esquire
Morris, Nichols, Arsht & Tunnell
P.O. Box 1347
Wilmington, DE 19899-1347

TO:
Ms. Eleanor B. Thurber
2414 Covemont Drive
Huntsville, Alabama 35801

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

# EXHIBIT B

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature: Beverly C Booth]* | ☐ Agent<br>☐ Addressee |
| | B. Received by ( *Printed Name* )<br>B E Booth | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Ms. Eleanor B. Thurber<br>2414 Covemont Drive<br>Huntsville, Alabama  35801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>*[USPS Huntsville postmark]* | |
| | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D. | |
| | 4. Restricted Delivery? (*Extra Fee*) | ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |