IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NIHON TSUSHIN KABUSHIKI KAISHA d/b/a JAPAN COMMUNICATIONS, INC., | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD DAVIDSON; DAVID IZATT; | ) | |
| J. CHANDLER HALL; RNR VENTURES, | ) | |
| LLC; ANGUS ADAIR WOLFGANG, INC.; | ) | |
| HRC, LLC; LIOCE INVESTMENTS, LLC; | ) | |
| SHATAS PARTNERS, LTD.; BRYAN W. | ) | C.A. No. 07-619-JJF |
| BUTLER; JACALYN A. BUTLER; WILLIAM | ) | |
| McCARY; BILLIE JOE McCARY; JEAN T. | ) | |
| MOORE; MARGARET T. MOORE; DAVID S. | ) | |
| BUTLER; JOHN JURENKO; WILLIAM | ) | |
| SCOTT McCARY; TODD J. SLYMAN; | ) | |
| FRANKLIN STREET INVESTMENTS, LLC; | ) | |
| BRINDLEE CAPITAL LLC; HEIDE | ) | |
| WILLIAMS; DAVID NICOLAS; MARK | ) | |
| NICOLAS; JAMES V. BALCH; ALAN L. | ) | |
| NORDLINGER; FORREST R. HAIRSTON; | ) | |
| SR.; DIXIE D. WOLF; MICHAEL W. | ) | |
| SOLLEY; SAMUEL P. MCMANUS; STEVEN | ) | |
| D. MARZ; ANTHONY A. GANN; GREGORY | ) | |
| J. CLAYTON; J. JEFFREY IRONS; VICKI C. | ) | |
| IRONS; CITY LIGHT CAPITAL, LLC; LOUIS | ) | |
| K. SISCO, JR.; GREGORY K. GUM; | ) | |
| E. WAYNE BONNER; THOMAS M. GRIGGS; | ) | |
| DALE B. GRIGGS; WEBBER | ) | |
| INVESTMENTS; JOHN R. COLEMAN; | ) | |
| DONNA C. COLEMAN; CHARLES T. | ) | |
| HOUSER; PRASADA KAKANI; BHAVANI | ) | |
| K.D. KAKANI; ROBERT E. THURBER; | ) | |
| ELEANOR B. THURBER; and DAVID J. | ) | |
| SLYMAN, JR.; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF MAILING**

Thomas C. Grimm declares as follows:

1.      I am a partner at the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to plaintiff in this action.

2.      Defendant Franklin Street Investments, LLC ("Franklin Street") is an Alabama limited liability company with its principal place of business in Huntsville, Alabama.

3.      The Summons and Complaint in this action were served on defendant Franklin Street on October 19, 2007, pursuant to 10 *Del. C.* § 3104, by hand-delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on October 24, 2007.

4.      On October 24, 2007, copies of the Summons and Complaint were sent by registered mail to Franklin Street Investments, LLC, c/o W. Scott McCary, 927 Franklin Street, Huntsville, Alabama 35801, together with a notice stating that the service of the originals of the Summons and Complaint had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, that service is as effectual to all intents and purposes as if it had been made upon Franklin Street personally within this state. *See* Exhibit A.

5.      The registered mail return receipt that I received on November 7, 2007, shows that Franklin Street received and accepted the Summons, Complaint and notice. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Thomas C. Grimm*

_____
Thomas C. Grimm (#1098)

November 8, 2007
1308339

# EXHIBIT A

# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

THOMAS C. GRIMM
302 351 9595
302 425 4661 FAX

October 24, 2007

tgrimm@mnat.com

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Franklin Street Investments, LLC
c/o W. Scott McCary
927 Franklin Street
Huntsville, Alabama 35801

> *Nihon Tsushin Kabushiki Kaisha d/b/a Japan*
> *Communications, Inc. v. Donald Davidson, et al.,*
> C.A. No. 07-619-JJF

Dear Mr. McCary:

This letter constitutes notice under 10 *Del. C.* § 3104 that suit has been instituted against Franklin Street Investments, LLC in the United States District Court for the District of Delaware.

Please be advised that the Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon Franklin Street Investments, LLC. Under the provisions of 10 *Del. C.* § 3104, such service is effective for all intents and purposes as if it had been made upon Franklin Street Investments, LLC personally within this State.

Enclosed is a copy of the Summons, Complaint, and other related documents as served on the Secretary of State, which explains the basis of the lawsuit.

Sincerely yours,

Thomas C. Grimm

TCG
Enclosures
cc:    Jay D. Bennett, Esquire (via email, w/o encls.)

| Registered No. | | | Date Stamp |
| --- | --- | --- | --- |
| RA 614328 821 | | | |

**To Be Completed By Post Office**

| Reg. Fee 9 50 | | |
| --- | --- | --- |
| Handling Charge | Return Receipt 2 15 | |
| Postage 1 48 | Restricted Delivery | |
| Received by ᵛᶜᵍ | | |
| Customer Must Declare Full Value $ ᵃ | ☐ With Postal Insurance ☐ Without Postal Insurance | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM
Thomas C. Grimm, Esquire
Morris, Nichols, Arsht & Tunnell
P.O. Box 1347
Wilmington, DE 19899-1347

TO
Franklin Street Investments, LLC
c/o W. Scott McCary
927 Franklin Street
Huntsville, Alabama 35801

PS Form **3806,** **Receipt for Registered Mail**    *Copy 1 - Customer*
May 2004 (7530-02-000-9051)    *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

# EXHIBIT B

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ball_  ☐ Agent  ☐ Addressee |
| | B. Received by (*Printed Name*)  C. Date of Delivery<br>D. Dutt   11/1/0/ |
| 1. Article Addressed to:<br><br>Franklin Street Investments, LLC<br>c/o W. Scott McCary<br>927 Franklin Street<br>Huntsville, Alabama  35801 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*)  RA 614328 821 | |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540