IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIHON TSUSHIN KABUSHIKI KAISHA d/b/a JAPAN COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DONALD DAVIDSON; DAVID IZATT; J. CHANDLER HALL; RNR VENTURES, LLC; ANGUS ADAIR WOLFGANG, INC.; HRC, LLC; LIOCE INVESTMENTS, LLC; SHATAS PARTNERS, LTD.; BRYAN W. BUTLER; JACALYN A. BUTLER; WILLIAM McCARY; BILLIE JOE McCARY; JEAN T. MOORE; MARGARET T. MOORE; DAVID S. BUTLER; JOHN JURENKO; WILLIAM SCOTT McCARY; TODD J. SLYMAN; FRANKLIN STREET INVESTMENTS, LLC; BRINDLEE CAPITAL LLC; HEIDE WILLIAMS; DAVID NICOLAS; MARK NICOLAS; JAMES V. BALCH; ALAN L. NORDLINGER; FORREST R. HAIRSTON; SR.; DIXIE D. WOLF; MICHAEL W. SOLLEY; SAMUEL P. MCMANUS; STEVEN D. MARZ; ANTHONY A. GANN; GREGORY J. CLAYTON; J. JEFFREY IRONS; VICKI C. IRONS; CITY LIGHT CAPITAL, LLC; LOUIS K. SISCO, JR.; GREGORY K. GUM; E. WAYNE BONNER; THOMAS M. GRIGGS; DALE B. GRIGGS; WEBBER INVESTMENTS; JOHN R. COLEMAN; DONNA C. COLEMAN; CHARLES T. HOUSER; PRASADA KAKANI; BHAVANI K.D. KAKANI; ROBERT E. THURBER; ELEANOR B. THURBER; and DAVID J. SLYMAN, JR.; <br><br> Defendants. | C.A. No. 07-619-JJF |

**AFFIDAVIT OF NON-RECEIPT OF NOTICE**

STATE OF DELAWARE  )
                   ) SS.
NEW CASTLE COUNTY  )

Thomas C. Grimm declares as follows:

1. I am a partner at the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to plaintiff in this action.

2. Defendant Charles T. Houser ("Houser") is a citizen of the State of Alabama.

3. The Summons and Complaint in this action were served on defendant Houser on October 19, 2007, pursuant to 10 *Del. C.* § 3104, by hand-delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on October 24, 2007.

4. On October 24, 2007, copies of the Summons and Complaint were sent by registered mail to Charles T. Houser, c/o BAE Systems, 308 Voyager Way, Huntsville, Alabama 35806 together with a notice stating that the service of the originals of the Summons and Complaint had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, that service is as effectual to all intents and purposes as if it had been made upon Houser personally within this state. *See* Exhibit A.

5. The mailed envelope was returned as undelivered on November 14, 2007. *See* Exhibit B.

6. In accordance with 10 *Del. C.* § 3104(g), the envelope containing the notice was mailed by registered mail on October 24, 2007 (*see* Exhibit A). The envelope containing the notice was returned to me as the sender on November 14, 2007 (*see* Exhibit B). The notice provided in subsection (d) of 10 *Del. C.* § 3104 was contained in the envelope at the

time it was mailed. Attached as Exhibit C is the usual receipt given by the post office at the time of registered mailing and is the receipt I obtained upon mailing the envelope and notice to Houser.

    I declare under penalty of perjury that the foregoing is true and correct.

_____
Thomas C. Grimm (#1098)

SWORN TO AND SUBSCRIBED BEFORE ME,
a Notary Public for the State and County aforesaid,
this 19th day of November, 2007.

_____
N. CLAIRE FORD
NOTARY PUBLIC
STATE OF DELAWARE
131605 My commission expires July 30, 2009

# EXHIBIT A

# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

October 24, 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Charles T. Houser
c/o BAE Systems
308 Voyager Way
Huntsville, Alabama  35806

>   *Nihon Tsushin Kabushiki Kaisha d/b/a Japan*
>   *Communications, Inc. v. Donald Davidson, et al.,*
>   C.A. No. 07-619-JJF

Dear Mr. Houser:

This letter constitutes notice under 10 *Del. C.* § 3104 that suit has been instituted against you in the United States District Court for the District of Delaware.

Please be advised that the Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon you. Under the provisions of 10 *Del. C.* § 3104, such service is effective for all intents and purposes as if it had been made upon you personally within this State.

Enclosed is a copy of the Summons, Complaint, and other related documents as served on the Secretary of State, which explains the basis of the lawsuit.

Sincerely yours,

*Thomas C. Grimm*

Thomas C. Grimm

TCG
Enclosures
cc: Jay D. Bennett, Esquire (via email, w/o encls.)

# EXHIBIT B



$13.130
10/24/2007
Mailed From 19801
US POSTAGE
Hasler

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

Charles T. Houser
c/o BAE Systems
308 Voyager Way
Huntsville, Alabama 35806

60770/TCG

No Longer at this address
RTS

RETURN CHECKED
RETURNED TO SENDER
Unclaimed____ Refused____
Attempted not known____
Insufficient Address____
No such street____ number____
No such office in state____
Do not remail in this envelope



REGISTERED MAIL
RA 634 329 053 US
(102595) 99-M-1904
Label 200, July 1999

# EXHIBIT C

