IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIHON TSUSHIN KABUSHIKI KAISHA<br>d/b/a JAPAN COMMUNICATIONS, INC., <br><br>    Plaintiff,<br><br>  v.<br><br>DONALD DAVIDSON; DAVID IZATT;<br>J. CHANDLER HALL; RNR VENTURES,<br>LLC; ANGUS ADAIR WOLFGANG, INC.;<br>HRC, LLC; LIOCE INVESTMENTS, LLC;<br>SHATAS PARTNERS, LTD.; BRYAN W.<br>BUTLER; JACALYN A. BUTLER; WILLIAM<br>McCARY; BILLIE JOE McCARY; JEAN T.<br>MOORE; MARGARET T. MOORE; DAVID S.<br>BUTLER; JOHN JURENKO; WILLIAM<br>SCOTT McCARY; TODD J. SLYMAN;<br>FRANKLIN STREET INVESTMENTS, LLC;<br>BRINDLEE CAPITAL LLC; HEIDE<br>WILLIAMS; DAVID NICOLAS; MARK<br>NICOLAS; JAMES V. BALCH; ALAN L.<br>NORDLINGER; FORREST R. HAIRSTON;<br>SR.; DIXIE D. WOLF; MICHAEL W.<br>SOLLEY; SAMUEL P. MCMANUS; STEVEN<br>D. MARZ; ANTHONY A. GANN; GREGORY<br>J. CLAYTON; J. JEFFREY IRONS; VICKI C.<br>IRONS; CITY LIGHT CAPITAL, LLC; LOUIS<br>K. SISCO, JR.; GREGORY K. GUM;<br>E. WAYNE BONNER; THOMAS M. GRIGGS;<br>DALE B. GRIGGS; WEBBER<br>INVESTMENTS; JOHN R. COLEMAN;<br>DONNA C. COLEMAN; CHARLES T.<br>HOUSER; PRASADA KAKANI; BHAVANI<br>K.D. KAKANI; ROBERT E. THURBER;<br>ELEANOR B. THURBER; and DAVID J.<br>SLYMAN, JR.;<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-619-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF NON-RECEIPT OF NOTICE**

STATE OF DELAWARE  )
                                    ) SS.
NEW CASTLE COUNTY  )

Thomas C. Grimm declares as follows:

1. I am a partner at the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to plaintiff in this action.

2. Defendant David Izatt ("Izatt") is an individual residing in Huntsville, Alabama.

3. The Summons and Complaint in this action were served on defendant Izatt on October 19, 2007, pursuant to 10 *Del. C.* § 3104, by hand-delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on October 24, 2007.

4. On October 24, 2007, copies of the Summons and Complaint were sent by registered mail to David Izatt, 4170 S. Memorial Parkway, Apt. H, Huntsville, Alabama 35802 together with a notice stating that the service of the originals of the Summons and Complaint had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, that service is as effectual to all intents and purposes as if it had been made upon Izatt personally within this state. *See* Exhibit A.

5. The mailed envelope was returned as undelivered on November 14, 2007. *See* Exhibit B.

6. In accordance with 10 *Del. C.* § 3104(g), the envelope containing the notice was mailed by registered mail on October 24, 2007 (*see* Exhibit A). The envelope containing the notice was returned to me as the sender on November 14, 2007 (*see* Exhibit B). The notice provided in subsection (d) of 10 *Del. C.* § 3104 was contained in the envelope at the

time it was mailed. Attached as Exhibit C is the usual receipt given by the post office at the time of registered mailing and is the receipt I obtained upon mailing the envelope and notice to Izatt.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Thomas C. Grimm (#1098)

SWORN TO AND SUBSCRIBED BEFORE ME,
a Notary Public for the State and County aforesaid,
this 19th day of November, 2007.

_____
N. Claire Ford

1318510

N. CLAIRE FORD
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 30, 2009

# EXHIBIT A

# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 Fax

THOMAS C. GRIMM
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

October 24, 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. David Izatt
4170 S. Memorial Parkway, Apt. H
Huntsville, Alabama  35802

>           *Nihon Tsushin Kabushiki Kaisha d/b/a Japan*
>           *Communications, Inc. v. Donald Davidson, et al.*,
>           C.A. No. 07-619-JJF

Dear Mr. Izatt:

      This letter constitutes notice under 10 *Del. C.* § 3104 that suit has been instituted against you in the United States District Court for the District of Delaware.

      Please be advised that the Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon you. Under the provisions of 10 *Del. C.* § 3104, such service is effective for all intents and purposes as if it had been made upon you personally within this State.

      Enclosed is a copy of the Summons, Complaint, and other related documents as served on the Secretary of State, which explains the basis of the lawsuit.

                                                Sincerely yours,

                                                Thomas C. Grimm

TCG
Enclosures
cc:     Jay D. Bennett, Esquire (via email, w/o encls.)

# EXHIBIT B

Case 1:07-cv-00619-JJF    Document 85-3    Filed 11/19/2007    Page 1 of 2



$ 13.130
10/24/2007
Mailed From 19801
US POSTAGE
Hasler



Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

Mr. David Izatt
4170 S. Memori[al]
Huntsville, Ala[bama]

60770/TCG

NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD
RETURN TO SENDER



United States Postal Service
REGISTERED MAIL
RA 614 329 190 US
(102595) 99-M-1904
Label 200, July 1999

# EXHIBIT C

| Registered No. | | Date Stamp |
|---|---|---|
| RA 614 329 190 US | | OCT 24 |

| Reg. Fee 9 50 | | |
|---|---|---|
| Handling Charge | Return Receipt 2 15 | |
| Postage 1 48 | Restricted Delivery | |
| Received by VLB | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☐ Without Postal Insurance | |

OFFICIAL USE

FROM:
Thomas C. Grimm, Esquire
Morris, Nichols, Arsht & Tunnell
P.O. Box 1347
Wilmington, DE 19899-1347

TO:
Mr. David Izatt
4170 S. Memorial Parkway, Apt. H
Huntsville, Alabama 35802

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®