IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIHON TSUSHIN KABUSHIKI KAISHA d/b/a JAPAN COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD DAVIDSON, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No.: 07-619-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT DAVID IZATT'S MOTION TO DISMISS

David Izatt ("Izatt"), by and through undersigned counsel, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, hereby moves this Court to dismiss the above-styled action in its entirety as it relates to him in his individual capacity on the grounds that he is not subject to the personal jurisdiction of this Court. The grounds in support of this Motion are set forth more fully in Izatt's Brief in Support of Motion to Dismiss, a copy of which was filed contemporaneously with this Motion.

Dated: November 30, 2007

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

_____
Donald J. Detweiler (No. 3087)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Fax: (302) 661-7360
detweilerd@gtlaw.com
melorod@gtlaw.com

-and-

**MAYNARD, COOPER & GALE, P.C.**
G. Bartley Loftin, III
Douglas B. Hargett
655 Gallatin Street, S.W.
Huntsville, Alabama 35801
Telephone: (256) 512-0171

**-and-**

**MAYNARD, COOPER & GALE P.C.**
W. Percy Badham, III
Will A. Smith
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 254-1000

**Attorneys for David Izatt**

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that service of this document has been made upon the following by electronic delivery and by U.S. mail, properly addressed and postage prepaid:

Thomas C. Grimm
1201 N. Market Street
Wilmington, Delaware 19899-1347
E-mail: tgrimm@mnat.com

Jay D. Bennett
Paul J. Kaplan
Jonathan B. Davis
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
E-mail: Jay.Bennett@alston.com
       Jonathan.Davis@alston.com
       Paul.Kaplan@alston.com

_____
Dennis A. Meloro (No. 4435)