IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIHON TSUSHIN KABUSHIKI KAISHA d/b/a JAPAN COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD DAVIDSON, et al., <br><br> Defendants. | C.A. No.: 07-619-JJF |

**DEFENDANTS' MOTION TO DISMISS OR, IN THE
ALTERNATIVE, MOTION TO STAY OR TRANSFER**

The Delaware Defendants,[1] by and through their undersigned counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby move this Court to dismiss, stay, or transfer the above-styled action.

1.  The grounds in support of this Motion are set forth more fully in the Delaware Defendants' Opening Brief in Support of Their Motion to Dismiss or, in the Alternative, Motion to Stay or Transfer, a copy of which was filed contemporaneously with this Motion.

2.  The Delaware Defendants have made the requisite showing to enable this Court to grant its Motion. Specifically, this action is due to be dismissed, stayed, or transferred pursuant to the "first-filed" doctrine articulated by the Third Circuit Court of Appeals in Crosley Corp. v.

---

[1] JCI named each of the following individuals and/or entities as defendants in the Delaware Action: Donald Davidson ("Davidson"), J. Chandler Hall ("Hall"), RNR Ventures, LLC ("RNR"), Angus Adair Wolfgang, Inc. ("AAW"), David Izatt ("Izatt"), HRC, LLC, Lioce Investments, LLC, Shatas Partners, Ltd., Bryan W. Butler, Jacalyn A. Butler, William McCary, Billie Joe McCary, Jean T. Moore, Margaret T. Moore, David S. Butler, John Jurenko, William Scott McCary, Todd J. Slyman, Franklin Street Investments, LLC, Brindlee Capital, LLC, Heide Williams, David Nichols, Mark Nicolas, James V. Balch, Alan L. Nordlinger, Forrest R. Hairston, Sr., Dixie D. Wolf, Michael W. Solley, Samuel P. McManus, Steven D. Marz, Anthony A. Gann, Gregory J. Clayton, J. Jeffrey Irons, Vicki C. Irons, City Light Capital, LLC, Louis K. Sisco, Jr., Gregory K. Gum, E. Wayne Bonner, Thomas M. Griggs, Dale B. Griggs, Webber Investments, John R. Coleman, Donna C. Coleman, Charles T. Houser, Prasada Kakani, Bhavani K.D. Kakani, Robert E. Thurber, Eleanor B. Thurber, and David J. Slyman, Jr. (collectively, the "Delaware Defendants"). This Motion and corresponding Brief are filed on behalf of all the Delaware Defendants. Contemporaneously with this Motion, undersigned counsel filed a separate Motion to Dismiss the Delaware Action on behalf of Izatt based on the fact that he is not subject to personal jurisdiction in Delaware.

Hazeltine Corp., 122 F.2d 925, 929-30 (3d Cir. 1941) and the Delaware Supreme Court in McWane Cast Iron Pipe Corp. v. McDowell-Wellman Eng'g Co., 263 A.2d 281 (Del. 1970).

3. In the alternative, this action is due to be stayed in accordance with rules governing federal abstention, as articulated in Sea Colony, Inc. v. Alcan Aluminum Corp., 653 F.Supp. 1323 (D. Del. 1987). As a second alternative, even if the "first-filed" doctrine and rules governing abstention were inapplicable, this action is due to be transferred to the District Court for the Northern District of Alabama in accordance with 28 U.S.C. § 1404(a) and the doctrine of *forum non conveniens*.

Accordingly, the Delaware Defendants request this Court to dismiss this action, with prejudice or, in the alternative, stay this action or transfer it to the District Court for the Northern District of Alabama.

Dated: November 30, 2007

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

_____
Donald J. Detweiler (No. 3087)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
detweilerd@gtlaw.com
melorod@gtlaw.com

-and-

**MAYNARD, COOPER & GALE, P.C.**
G. Bartley Loftin, III
Douglas B. Hargett
655 Gallatin Street, S.W.
Huntsville, Alabama 35801
Telephone: (256) 512-0171

-and-

                                      **MAYNARD, COOPER & GALE P.C.**
W. Percy Badham, III
Will A. Smith
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 254-1000

**Attorneys for the Defendants**

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that service of this document has been made upon the following by electronic delivery and by U.S. mail, properly addressed and postage prepaid:

Thomas C. Grimm
1201 N. Market Street
Wilmington, Delaware 19899-1347
E-mail: tgrimm@mnat.com

Jay D. Bennett
Paul J. Kaplan
Jonathan B. Davis
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
E-mail: Jay.Bennett@alston.com
       Jonathan.Davis@alston.com
       Paul.Kaplan@alston.com

_____
Dennis A. Meloro (No. 4435)