IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NIHON TSUSHIN KABUSHIKI KAISHA d/b/a JAPAN COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| DONALD DAVIDSON; DAVID IZATT; J. CHANDLER HALL; RNR VENTURES, LLC; ANGUS ADAIR WOLFGANG, INC.; HRC, LLC; LIOCE INVESTMENTS, LLC; SHATAS PARTNERS, LTD.; BRYAN W. BUTLER; JACALYN A. BUTLER; WILLIAM McCARY; BILLIE JOE McCARY; JEAN T. MOORE; MARGARET T. MOORE; DAVID S. BUTLER; JOHN JURENKO; WILLIAM SCOTT McCARY; TODD J. SLYMAN; FRANKLIN STREET INVESTMENTS, LLC; BRINDLEE CAPITAL LLC; HEIDE WILLIAMS; DAVID NICOLAS; MARK NICOLAS; JAMES V. BALCH; ALAN L. NORDLINGER; FORREST R. HAIRSTON; SR.; DIXIE D. WOLF; MICHAEL W. SOLLEY; SAMUEL P. MCMANUS; STEVEN D. MARZ; ANTHONY A. GANN; GREGORY J. CLAYTON; J. JEFFREY IRONS; VICKI C. IRONS; CITY LIGHT CAPITAL, LLC; LOUIS K. SISCO, JR.; GREGORY K. GUM; E. WAYNE BONNER; THOMAS M. GRIGGS; DALE B. GRIGGS; WEBBER INVESTMENTS; JOHN R. COLEMAN; DONNA C. COLEMAN; CHARLES T. HOUSER; PRASADA KAKANI; BHAVANI K.D. KAKANI; ROBERT E. THURBER; ELEANOR B. THURBER; and DAVID J. SLYMAN, JR.; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 07-619-JJF |
| Defendants. | ) ) | |

## AFFIDAVIT OF MAILING

Thomas C. Grimm declares as follows:

1. I am a partner at the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to plaintiff in this action.

2. Defendant Charles T. Houser ("Houser") is a citizen of the State of Alabama.

3. The Summons and Complaint in this action were served on defendant Houser on October 19, 2007, pursuant to 10 *Del. C.* § 3104, by hand-delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on October 24, 2007.

4. On October 24, 2007, copies of the Summons and Complaint were sent by registered mail to Charles T. Houser, c/o BAE Systems, 308 Voyager Way, Huntsville, Alabama 35806, together with a notice stating that the service of the originals of the Summons and Complaint had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, that service is as effectual to all intents and purposes as if it had been made upon Houser personally within this state.

5. The mailed envelope was returned as undelivered on November 14, 2007. In accordance with 10 *Del. C.* § 3104(g), an Affidavit of Non-Receipt of Notice was filed on November 19, 2007 (D.I. 84).

6. On November 21, 2007, copies of the Summons and Complaint were again sent by registered mail to Charles T. Houser, c/o BAE Systems, 308 Voyager Way, Huntsville, Alabama 35806, together with a notice stating that the service of the originals of the Summons and Complaint had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, that service is as effectual to all intents and purposes as if it had been made upon Houser personally within this state. *See* Exhibit A.

7. The registered mail return receipt that I received on December 3, 2007, shows that Houser received and accepted the Summons, Complaint and notice. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Thomas C. Grimm (#1098)

SWORN TO AND SUBSCRIBED BEFORE ME,
a Notary Public for the State and County aforesaid,
this 5th day of December, 2007.

_____

132859)

DIANA L. BERRY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 6, 2008

# EXHIBIT A

Case 1:07-cv-00619-JJF    Document 93-2    Filed 12/05/2007    Page 1 of 3

# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

November 21, 2007

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Charles T. Houser
c/o BAE Systems
308 Voyager Way
Huntsville, Alabama 35806

> *Nihon Tsushin Kabushiki Kaisha d/b/a Japan*
> *Communications, Inc. v. Donald Davidson, et al.,*
> C.A. No. 07-619-JJF

Dear Mr. Houser:

      This letter constitutes notice under 10 *Del. C.* § 3104 that suit has been instituted against you in the United States District Court for the District of Delaware. Enclosed are copies of the Summons, Complaint, and related documents in the above-captioned case.

      Please be advised that the Summons and Complaint have been served upon the Secretary of State for the State of Delaware. Under the provisions of 10 *Del. C.* § 3104, such service is effective for all intents and purposes as if it had been made upon you personally within this State.

      These documents were previously mailed to you on October 24, 2007 by registered mail. That mailing was returned as undelivered on November 14, 2007. Proof of the non-receipt of the mailing was filed with the Court on November 19, 2007. Pursuant to 10 *Del. C.* § 3104(g), plaintiff is re-sending these documents to you.

Sincerely yours,

*Thomas C. Grimm*

Thomas C. Grimm

Enclosures
cc:    Jay D. Bennett, Esquire (via email, w/o encls.)

<009>



EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*<br>B. Hayes | B. Date of Delivery<br>11-30-07 |
| | C. Signature<br>X _Howell_ | ☑ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Mr. Charles T. Houser<br>c/o BAE Systems<br>308 Voyager Way<br>Huntsville, Alabama  35806 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | |
| 2. Article Number *(Copy from service label)*  RA 6143292 88 US | | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |