IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIHON TSUSHIN KABUSHIKI KAISHA<br>d/b/a JAPAN COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DONALD DAVIDSON; DAVID IZATT;<br>J. CHANDLER HALL; RNR VENTURES,<br>LLC; ANGUS ADAIR WOLFGANG, INC.;<br>HRC, LLC; LIOCE INVESTMENTS, LLC;<br>SHATAS PARTNERS, LTD.; BRYAN W.<br>BUTLER; JACALYN A. BUTLER; WILLIAM<br>McCARY; BILLIE JOE McCARY; JEAN T.<br>MOORE; MARGARET T. MOORE; DAVID S.<br>BUTLER; JOHN JURENKO; WILLIAM<br>SCOTT McCARY; TODD J. SLYMAN;<br>FRANKLIN STREET INVESTMENTS, LLC;<br>BRINDLEE CAPITAL LLC; HEIDE<br>WILLIAMS; DAVID NICOLAS; MARK<br>NICOLAS; JAMES V. BALCH; ALAN L.<br>NORDLINGER; FORREST R. HAIRSTON;<br>SR.; DIXIE D. WOLF; MICHAEL W.<br>SOLLEY; SAMUEL P. MCMANUS; STEVEN<br>D. MARZ; ANTHONY A. GANN; GREGORY<br>J. CLAYTON; J. JEFFREY IRONS; VICKI C.<br>IRONS; CITY LIGHT CAPITAL, LLC; LOUIS<br>K. SISCO, JR.; GREGORY K. GUM;<br>E. WAYNE BONNER; THOMAS M. GRIGGS;<br>DALE B. GRIGGS; WEBBER<br>INVESTMENTS; JOHN R. COLEMAN;<br>DONNA C. COLEMAN; CHARLES T.<br>HOUSER; PRASADA KAKANI; BHAVANI<br>K.D. KAKANI; ROBERT E. THURBER;<br>ELEANOR B. THURBER; and DAVID J.<br>SLYMAN, JR.;<br><br>Defendants. | C.A. No. 07-619-JJF |

**AFFIDAVIT OF NON-RECEIPT OF NOTICE**

STATE OF DELAWARE )
) SS.
NEW CASTLE COUNTY )

Thomas C. Grimm declares as follows:

1. I am a partner at the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to plaintiff in this action.

2. Defendant Bryan W. Butler ("Bryan Butler") is a citizen of the State of California.

3. The Summons and Complaint in this action were served on defendant Bryan Butler on October 19, 2007, pursuant to 10 *Del. C.* § 3104, by hand-delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on October 24, 2007.

4. On October 24, 2007, copies of the Summons and Complaint were sent by registered mail to Bryan W. Butler, 2117 Alameda Padre Sierra, Santa Barbara, California 93103, together with a notice stating that the service of the originals of the Summons and Complaint had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, that service is as effectual to all intents and purposes as if it had been made upon Bryan Butler personally within this state. *See* Exhibit A.

5. The mailed envelope was returned as undelivered on December 4, 2007. *See* Exhibit B.

6. In accordance with 10 *Del. C.* § 3104(g), the envelope containing the notice was mailed by registered mail on October 24, 2007 (*see* Exhibit A). The envelope containing the notice was returned to me as the sender on December 4, 2007 (*see* Exhibit B). The notice provided in subsection (d) of 10 *Del. C.* § 3104 was contained in the envelope at the

time it was mailed. Attached as Exhibit C is the usual receipt given by the post office at the time of registered mailing and is the receipt I obtained upon mailing the envelope and notice to Bryan Butler.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Thomas C. Grimm (#1098)

SWORN TO AND SUBSCRIBED BEFORE ME,
a Notary Public for the State and County aforesaid,
this 5th day of December, 2007.

_____

1328529

DIANA L. BERRY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 6. 2008

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on December 5, 2007 upon the following individuals in the manner indicated:

| BY E-MAIL | BY E-MAIL |
|---|---|
| Donald J. Detweiler<br>Dennis A. Meloro<br>GREENBERG TRAURIG, LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801 | G. Bartley Loftin, III<br>Douglas B. Hargett<br>MAYNARD, COOPER & GALE, P.C.<br>655 Gallatin Street, S.W.<br>Huntsville, AL 35801<br><br>W. Percy Badham, III<br>Will A. Smith<br>MAYNARD, COOPER & GALE, P.C.<br>2400 AmSouth/Harbert Plaza<br>1901 Sixth Avenue North<br>Birmingham, AL 35203 |

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
tgrimm@mnat.com

1328529

# EXHIBIT A

# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

October 24, 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Bryan W. Butler
2117 Alameda Padre Sierra
Santa Barbara, California 93103

> *Nihon Tsushin Kabushiki Kaisha d/b/a Japan*
> *Communications, Inc. v. Donald Davidson, et al.,*
> C.A. No. 07-619-JJF

Dear Mr. Butler:

This letter constitutes notice under 10 *Del. C.* § 3104 that suit has been instituted against you in the United States District Court for the District of Delaware.

Please be advised that the Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon you. Under the provisions of 10 *Del. C.* § 3104, such service is effective for all intents and purposes as if it had been made upon you personally within this State.

Enclosed is a copy of the Summons, Complaint, and other related documents as served on the Secretary of State, which explains the basis of the lawsuit.

Sincerely yours,

Thomas C. Grimm

TCG
Enclosures
cc:   Jay D. Bennett, Esquire (via email, w/o encls.)

# EXHIBIT B



# EXHIBIT C

| Registered No. RA 614 328 866 US | | Date Stamp |
|---|---|---|

**To Be Completed By Post Office**

| Reg. Fee 9 50 | |
|---|---|
| Handling Charge | Return Receipt 2 15 |
| Postage 1 48 | Restricted Delivery |
| Received by LB | |
| Customer Must Declare Full Value $ 0 | ☐ With Postal Insurance<br>☐ Without Postal Insurance |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM:
Thomas C. Grimm, Esquire
Morris, Nichols, Arsht & Tunnell
P.O. Box 1347
Wilmington, DE  19899-1347

TO:
Mr. Bryan W. Butler
2117 Alameda Padre Sierra
Santa Barbara, California  93103

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®