IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIHON TSUSHIN KABUSHIKI KAISHA<br>d/b/a JAPAN COMMUNICATIONS, INC.,<br><br>              Plaintiff,<br><br>     v.<br><br>DONALD DAVIDSON; DAVID IZATT;<br>J. CHANDLER HALL; RNR VENTURES,<br>LLC; ANGUS ADAIR WOLFGANG, INC.;<br>HRC, LLC; LIOCE INVESTMENTS, LLC;<br>SHATAS PARTNERS, LTD.; BRYAN W.<br>BUTLER; JACALYN A. BUTLER; WILLIAM<br>McCARY; BILLIE JOE McCARY; JEAN T.<br>MOORE; MARGARET T. MOORE; DAVID S.<br>BUTLER; JOHN JURENKO; WILLIAM<br>SCOTT McCARY; TODD J. SLYMAN;<br>FRANKLIN STREET INVESTMENTS, LLC;<br>BRINDLEE CAPITAL LLC; HEIDE<br>WILLIAMS; DAVID NICOLAS; MARK<br>NICOLAS; JAMES V. BALCH; ALAN L.<br>NORDLINGER; FORREST R. HAIRSTON;<br>SR.; DIXIE D. WOLF; MICHAEL W.<br>SOLLEY; SAMUEL P. MCMANUS; STEVEN<br>D. MARZ; ANTHONY A. GANN; GREGORY<br>J. CLAYTON; J. JEFFREY IRONS; VICKI C.<br>IRONS; CITY LIGHT CAPITAL, LLC; LOUIS<br>K. SISCO, JR.; GREGORY K. GUM;<br>E. WAYNE BONNER; THOMAS M. GRIGGS;<br>DALE B. GRIGGS; WEBBER<br>INVESTMENTS; JOHN R. COLEMAN;<br>DONNA C. COLEMAN; CHARLES T.<br>HOUSER; PRASADA KAKANI; BHAVANI<br>K.D. KAKANI; ROBERT E. THURBER;<br>ELEANOR B. THURBER; and DAVID J.<br>SLYMAN, JR.;<br><br>              Defendants. | C.A. No. 07-619-JJF |

**AFFIDAVIT OF NON-RECEIPT OF SECOND NOTICE**

STATE OF DELAWARE        )
                         ) SS.
NEW CASTLE COUNTY        )

Thomas C. Grimm declares as follows:

1. I am a partner at the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to plaintiff in this action.

2. Defendant David Izatt ("Izatt") is an individual residing in Huntsville, Alabama.

3. The Summons and Complaint in this action were served on defendant Izatt on October 19, 2007, pursuant to 10 *Del. C.* § 3104, by hand-delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on October 24, 2007.

4. On October 24, 2007, copies of the Summons and Complaint were sent by registered mail to David Izatt, 4170 S. Memorial Parkway, Apt. H, Huntsville, Alabama 35802 together with a notice stating that the service of the originals of the Summons and Complaint had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, that service is as effectual to all intents and purposes as if it had been made upon Izatt personally within this state. *See* Exhibit A.

5. The mailed envelope was returned as undelivered on November 14, 2007. *See* Exhibit B.

6. In accordance with 10 *Del. C.* § 3104(g), the envelope containing the notice was mailed by registered mail on October 24, 2007 (*see* Exhibit A). The envelope containing the notice was returned to me as the sender on November 14, 2007 (*see* Exhibit B). The notice provided in subsection (d) of 10 *Del. C.* § 3104 was contained in the envelope at the

time it was mailed. Attached as Exhibit C is the usual receipt given by the post office at the time of registered mailing and is the receipt I obtained upon mailing the envelope and notice to Izatt.

7. On November 21, 2007, a second set of copies of the Summons and Complaint was sent by registered mail to David Izatt, 4170 S. Memorial Parkway, Apt. H, Huntsville, Alabama 35802 together with a second notice stating that the service of the originals of the Summons and Complaint had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, that service is as effectual to all intents and purposes as if it had been made upon Izatt personally within this state. *See* Exhibit D.

8. The second mailed envelope was returned as undelivered on December 8, 2007. *See* Exhibit E.

9. In accordance with 10 *Del. C.* § 3104(g), the envelope containing the second notice was mailed by registered mail on November 21, 2007 (*see* Exhibit D). The envelope containing the second notice was returned to me as the sender on December 18, 2007 (*see* Exhibit E). The second notice provided in subsection (d) of 10 *Del. C.* § 3104 was contained in the envelope at the time it was mailed. Attached as Exhibit F is the usual receipt given by the post office at the time of registered mailing and is the receipt I obtained upon mailing the second envelope and notice to Izatt.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Thomas C. Grimm (#1098)

SWORN TO AND SUBSCRIBED BEFORE ME,
a Notary Public for the State and County aforesaid,
this  14th  day of December, 2007.

_____
Anne C. Ceres

ANNE C. CERES
Notary Public - State of Delaware
My Comm. Expires Oct. 5, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on December 14, 2007 upon the following individuals in the manner indicated:

**BY E-MAIL**

Donald J. Detweiler
Dennis A. Meloro
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

**BY E-MAIL**

G. Bartley Loftin, III
Douglas B. Hargett
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street, S.W.
Huntsville, AL 35801

W. Percy Badham, III
Will A. Smith
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

Thomas C. Grimm (#1098)
tgrimm@mnat.com

1333268

# EXHIBIT A

<div style="text-align:center">

# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

</div>

THOMAS C. GRIMM
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

October 24, 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. David Izatt
4170 S. Memorial Parkway, Apt. H
Huntsville, Alabama 35802

> *Nihon Tsushin Kabushiki Kaisha d/b/a Japan*
> *Communications, Inc. v. Donald Davidson, et al.,*
> C.A. No. 07-619-JJF

Dear Mr. Izatt:

      This letter constitutes notice under 10 *Del. C.* § 3104 that suit has been instituted against you in the United States District Court for the District of Delaware.

      Please be advised that the Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon you. Under the provisions of 10 *Del. C.* § 3104, such service is effective for all intents and purposes as if it had been made upon you personally within this State.

      Enclosed is a copy of the Summons, Complaint, and other related documents as served on the Secretary of State, which explains the basis of the lawsuit.

<div style="margin-left:50%">

Sincerely yours,

*Thomas C. Grimm*

Thomas C. Grimm

</div>

TCG
Enclosures
cc:    Jay D. Bennett, Esquire (via email, w/o encls.)

# EXHIBIT B


$13.130
10/24/2007
Mailed From 19801
US POSTAGE
Hasler





Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

Mr. David Izatt
4170 S. Memori
Huntsville, Ala

60770/TCG

NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD
RETURNED TO SENDER


United States Postal Service
REGISTERED MAIL
RA 614 329 190 US
(102595) 99-M-1904
Label 200, July 1999

# EXHIBIT C

| Registered No. RA 614 329 190 US | | Date Stamp |
|---|---|---|
| Reg. Fee 9 50 | | |
| Handling Charge | Return Receipt 2 15 | |
| Postage 1 48 | Restricted Delivery | |
| Received by VLB | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☐ Without Postal Insurance | |

OFFICIAL USE

FROM:
Thomas C. Grimm, Esquire
Morris, Nichols, Arsht & Tunnell
P.O. Box 1347
Wilmington, DE 19899-1347

TO:
Mr. David Izatt
4170 S. Memorial Parkway, Apt. H
Huntsville, Alabama 35802

PS Form 3806, Receipt for Registered Mail                  Copy 1 - Customer
May 2004 (7530-02-000-9051)                                (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

# EXHIBIT D

<div align="center">

# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

</div>

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

November 21, 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. David Izatt
4170 S. Memorial Parkway, Apt. H
Huntsville, Alabama 35802

*Nihon Tsushin Kabushiki Kaisha d/b/a Japan Communications, Inc. v. Donald Davidson, et al.*,
C.A. No. 07-619-JJF

Dear Mr. Izatt:

      This letter constitutes notice under 10 *Del. C.* § 3104 that suit has been instituted against you in the United States District Court for the District of Delaware. Enclosed are copies of the Summons, Complaint, and related documents in the above-captioned case.

      Please be advised that the Summons and Complaint have been served upon the Secretary of State for the State of Delaware. Under the provisions of 10 *Del. C.* § 3104, such service is effective for all intents and purposes as if it had been made upon you personally within this State.

      These documents were previously mailed to you on October 24, 2007 by registered mail. That mailing was returned as undelivered on November 14, 2007. Proof of the non-receipt of the mailing was filed with the Court on November 19, 2007. Pursuant to 10 *Del. C.* § 3104(g), plaintiff is re-sending these documents to you.

      Sincerely yours,

      Thomas C. Grimm

Enclosures
cc:    Jay D. Bennett, Esquire (via email, w/o encls.)

# EXHIBIT E



016H26511489
$ 13.130
11/21/2007
Mailed From 19801
US POSTAGE
Hasler

☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☒ Moved, Left No Address
☐ Unclaimed ☐ Refused
☐ Attempted – Not Known
☐ No Such Street ☐ Number
☐ Vacant ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed – No Order
☐ Returned For Better Address ___
☐ Postage Due

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

Mr. David Izatt
4170 S. Memorial Parkway, Apt. H
Huntsville, Alabama  35802

60770/TCG



United States Postal Service
REGISTERED MAIL

RA 614 329 291 US

# EXHIBIT F

| Registered No. RA 614 329 291 US | Date Stamp |
|---|---|
| Reg. Fee 9.50 $9.50 | 0501 |
| Handling Charge $0.00 / Return Receipt 2.15 $2.15 | 04 |
| Postage 1.48 $1.48 / Restricted Delivery $0.00 | 11/21/07 ROXY SQ STA WILMINGTON |
| Received by [signature] | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ $0.00 | ☐ With Postal Insurance ☐ Without Postal Insurance |

OFFICIAL USE

FROM:
Thomas C. Grimm, Esquire
Morris, Nichols, Arsht & Tunnell
P.O. Box 1347
Wilmington, DE  19899-1347

TO:
Mr. David Izatt
4170 S. Memorial Parkway, Apt. H
Huntsville, Alabama  35802

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)                  (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®