IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NIHON TSUSHIN KABUSHIKI KAISHA d/b/a JAPAN COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| DONALD DAVIDSON; DAVID IZATT; J. CHANDLER HALL; RNR VENTURES, LLC; ANGUS ADAIR WOLFGANG, INC.; HRC, LLC; LIOCE INVESTMENTS, LLC; SHATAS PARTNERS, LTD.; BRYAN W. BUTLER; JACALYN A. BUTLER; WILLIAM McCARY; BILLIE JOE McCARY; JEAN T. MOORE; MARGARET T. MOORE; DAVID S. BUTLER; JOHN JURENKO; WILLIAM SCOTT McCARY; TODD J. SLYMAN; FRANKLIN STREET INVESTMENTS, LLC; BRINDLEE CAPITAL LLC; HEIDE WILLIAMS; DAVID NICOLAS; MARK NICOLAS; JAMES V. BALCH; ALAN L. NORDLINGER; FORREST R. HAIRSTON; SR.; DIXIE D. WOLF; MICHAEL W. SOLLEY; SAMUEL P. MCMANUS; STEVEN D. MARZ; ANTHONY A. GANN; GREGORY J. CLAYTON; J. JEFFREY IRONS; VICKI C. IRONS; CITY LIGHT CAPITAL, LLC; LOUIS K. SISCO, JR.; GREGORY K. GUM; E. WAYNE BONNER; THOMAS M. GRIGGS; DALE B. GRIGGS; WEBBER INVESTMENTS; JOHN R. COLEMAN; DONNA C. COLEMAN; CHARLES T. HOUSER; PRASADA KAKANI; BHAVANI K.D. KAKANI; ROBERT E. THURBER; ELEANOR B. THURBER; and DAVID J. SLYMAN, JR.; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 07-619-JJF |
| Defendants. | ) ) ) | |

**AFFIDAVIT OF NON-RECEIPT OF SECOND NOTICE**

STATE OF DELAWARE    )
                     ) SS.
NEW CASTLE COUNTY    )

Thomas C. Grimm declares as follows:

1.      I am a partner at the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to plaintiff in this action.

2.      Defendant RNR Ventures, LLC ("RNR Ventures") is an Alabama limited liability company with its principal place of business in Huntsville, Alabama.

3.      The Summons and Complaint in this action were served on defendant RNR Ventures on October 19, 2007, pursuant to 10 *Del. C.* § 3104, by hand-delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on October 24, 2007.

4.      On October 24, 2007, copies of the Summons and Complaint were sent by registered mail to RNR Ventures, LLC, c/o Charles F. Lofty, 200 Clinton Ave. W, Ste. 404, Huntsville, Alabama 35801 together with a notice stating that the service of the originals of the Summons and Complaint had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, that service is as effectual to all intents and purposes as if it had been made upon RNR Ventures personally within this state. *See* Exhibit A.

5.      The mailed envelope was returned as undelivered on November 14, 2007. *See* Exhibit B.

6.      In accordance with 10 *Del. C.* § 3104(g), the envelope containing the notice was mailed by registered mail on October 24, 2007 (*see* Exhibit A). The envelope containing the notice was returned to me as the sender on November 14, 2007 (*see* Exhibit B). The notice provided in subsection (d) of 10 *Del. C.* § 3104 was contained in the envelope at the

time it was mailed. Attached as Exhibit C is the usual receipt given by the post office at the time of registered mailing and is the receipt I obtained upon mailing the envelope and notice to RNR Ventures.

       7.     On November 21, 2007, a second set of copies of the Summons and Complaint was sent by registered mail to RNR Ventures, LLC, c/o Charles F. Lofty, 200 Clinton Ave. W, Ste. 404, Huntsville, Alabama 35801 together with a second notice stating that the service of the originals of the Summons and Complaint had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, that service is as effectual to all intents and purposes as if it had been made upon RNR Ventures personally within this state. *See* Exhibit D.

       8.     The second mailed envelope was returned as undelivered on December 11, 2007. *See* Exhibit E.

       9.     In accordance with 10 *Del. C.* § 3104(g), the envelope containing the second notice was mailed by registered mail on November 21, 2007 (*see* Exhibit D). The envelope containing the second notice was returned to me as the sender on December 11, 2007 (*see* Exhibit E). The second notice provided in subsection (d) of 10 *Del. C.* § 3104 was contained in the envelope at the time it was mailed. Attached as Exhibit F is the usual receipt given by the post office at the time of registered mailing and is the receipt I obtained upon mailing the second envelope and notice to RNR Ventures.

       I declare under penalty of perjury that the foregoing is true and correct.

                       _Thomas C. Grimm_
                       Thomas C. Grimm (#1098)

SWORN TO AND SUBSCRIBED BEFORE ME, a Notary Public for the State and County aforesaid, this /4th day of December, 2007.



ANNE C. CERES
Notary Public - State of Delaware
My Comm. Expires Oct. 5, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on December 14, 2007 upon the following individuals in the manner indicated:

**BY E-MAIL**

Donald J. Detweiler
Dennis A. Meloro
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

**BY E-MAIL**

G. Bartley Loftin, III
Douglas B. Hargett
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street, S.W.
Huntsville, AL 35801

W. Percy Badham, III
Will A. Smith
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

Thomas C. Grimm (#1098)
tgrimm@mnat.com

1333494

# EXHIBIT A

# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

October 24, 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

RNR Ventures, LLC
c/o Charles F. Lofty
200 Clinton Ave. W., Ste. 404
Huntsville, Alabama  35801

> *Nihon Tsushin Kabushiki Kaisha d/b/a Japan*
> *Communications, Inc. v. Donald Davidson, et al.,*
> <u>C.A. No. 07-619-JJF</u>

Dear Mr. Lofty:

This letter constitutes notice under 10 *Del. C.* § 3104 that suit has been instituted against RNR Ventures, LLC in the United States District Court for the District of Delaware.

Please be advised that the Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon RNR Ventures, LLC.  Under the provisions of 10 *Del. C.* § 3104, such service is effective for all intents and purposes as if it had been made upon RNR Ventures, LLC personally within this State.

Enclosed is a copy of the Summons, Complaint, and other related documents as served on the Secretary of State, which explains the basis of the lawsuit.

Sincerely yours,

*Thomas C Grimm*

Thomas C. Grimm

TCG
Enclosures
cc:    Jay D. Bennett, Esquire (via email, w/o encls.)

# EXHIBIT B



016H26511489
$ 13.130
10/24/2007
Mailed From 19801
US POSTAGE
Hasler

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

RNR Ventures, LLC
c/o Charles F. Lofty
200 Clinton Ave. W., Ste. 404
Huntsville, Alabama 35801

60770/TCG

no such
suite #



United States Postal Service
REGISTERED MAIL

RA 614 329 005 US

# EXHIBIT C

| Registered No. RA 614 329 005 US | | Date Stamp |
|---|---|---|
| Reg. Fee 4 50 | | |
| Handling Charge | Return Receipt 2 15 | |
| Postage 1 48 | Restricted Delivery | |
| Received by WB | | |
| Customer Must Declare Full Value $ 0 | With Postal Insurance ☐ Without Postal Insurance ☐ | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

**FROM**
Thomas C. Grimm, Esquire
Morris, Nichols, Arsht & Tunnell
P.O. Box 1347
Wilmington, DE 19899-1347

**TO**
RNR Ventures, LLC
c/o Charles F. Lofty
200 Clinton Ave. W., Ste. 404
Huntsville, Alabama 35801

PS Form 3806,    Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

# EXHIBIT D

# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

THOMAS C. GRIMM
302 351 9595
302 425 4661 FAX
tgrimm@mnat.com

November 21, 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

RNR Ventures, LLC
c/o Charles F. Lofty
200 Clinton Ave. W., Ste. 404
Huntsville, Alabama 35801

> *Nihon Tsushin Kabushiki Kaisha d/b/a Japan*
> *Communications, Inc. v. Donald Davidson, et al.,*
> <u>C.A. No. 07-619-JJF</u>

Dear Mr. Lofty:

This letter constitutes notice under 10 *Del. C.* § 3104 that suit has been instituted against you in the United States District Court for the District of Delaware. Enclosed are copies of the Summons, Complaint, and related documents in the above-captioned case.

Please be advised that the Summons and Complaint have been served upon the Secretary of State for the State of Delaware. Under the provisions of 10 *Del. C.* § 3104, such service is effective for all intents and purposes as if it had been made upon you personally within this State.

These documents were previously mailed to you on October 24, 2007 by registered mail. That mailing was returned as undelivered on November 14, 2007. Proof of the non-receipt of the mailing was filed with the Court on November 19, 2007. Pursuant to 10 *Del. C.* § 3104(g), plaintiff is re-sending these documents to you.

Sincerely yours,

Thomas C. Grimm

Thomas C. Grimm

Enclosures
cc:    Jay D. Bennett, Esquire (via email, w/o encls.)

# EXHIBIT E



016H26511489
$ 13.130
11/21/2007
Mailed From 19801
US POSTAGE
Hasler

1347

1st NOTICE 12-11-07
2nd NOTICE
RETURNED

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P. O. BOX 1347
WILMINGTON, DELAWARE 19899–1347



RETURNED TO SENDER

RNR Ventures, LLC
c/o Charles F. Lotto Jr Ste 404
200 Clinton Ave W
Huntsville, Alabama 35801

60770/TCG

United States Postal Service
REGISTERED MAIL




RA 614 329 305 US

# EXHIBIT F



Registered No. RA 614 387132 930505 US

| | |
|---|---|
| Reg. Fee 950 | $9.50 |
| Handling Charge | $0.00 |
| Return Receipt 215 | $2.15 |
| Postage 148 | $1.48 |
| Restricted Delivery | $0.00 |

Date Stamp

0501
04
11/21/07

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

Received by

Customer Must Declare Full Value $  $0.00

☐ With Postal Insurance
☐ Without Postal Insurance

To Be Completed By Post Office

OFFICIAL USE

FROM
Thomas C. Grimm, Esquire
Morris, Nichols, Arsht & Tunnell
P.O. Box 1347
Wilmington, DE  19899-1347

TO
RNR Ventures, LLC
c/o Charles R. Lofty
200 Clinton Ave. W., Ste. 404
Huntsville, Alabama  35801

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form 3806,
May 2004 (7530-02-000-9051)
Receipt for Registered Mail
Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®