IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NIHON TSUSHIN KABUSHIKI KAISHA<br>d/b/a JAPAN COMMUNICATIONS, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD DAVIDSON; DAVID IZATT; | ) | |
| J. CHANDLER HALL; RNR VENTURES, | ) | |
| LLC; ANGUS ADAIR WOLFGANG, INC.; | ) | |
| HRC, LLC; LIOCE INVESTMENTS, LLC; | ) | |
| SHATAS PARTNERS, LTD.; BRYAN W. | ) | C.A. No. 07-619-JJF |
| BUTLER; JACALYN A. BUTLER; WILLIAM | ) | |
| McCARY; BILLIE JOE McCARY; JEAN T. | ) | |
| MOORE; MARGARET T. MOORE; DAVID S. | ) | |
| BUTLER; JOHN JURENKO; WILLIAM | ) | |
| SCOTT McCARY; TODD J. SLYMAN; | ) | |
| FRANKLIN STREET INVESTMENTS, LLC; | ) | |
| BRINDLEE CAPITAL LLC; HEIDE | ) | |
| WILLIAMS; DAVID NICOLAS; MARK | ) | |
| NICOLAS; JAMES V. BALCH; ALAN L. | ) | |
| NORDLINGER; FORREST R. HAIRSTON; | ) | |
| SR.; DIXIE D. WOLF; MICHAEL W. | ) | |
| SOLLEY; SAMUEL P. MCMANUS; STEVEN | ) | |
| D. MARZ; ANTHONY A. GANN; GREGORY | ) | |
| J. CLAYTON; J. JEFFREY IRONS; VICKI C. | ) | |
| IRONS; CITY LIGHT CAPITAL, LLC; LOUIS | ) | |
| K. SISCO, JR.; GREGORY K. GUM; | ) | |
| E. WAYNE BONNER; THOMAS M. GRIGGS; | ) | |
| DALE B. GRIGGS; WEBBER | ) | |
| INVESTMENTS; JOHN R. COLEMAN; | ) | |
| DONNA C. COLEMAN; CHARLES T. | ) | |
| HOUSER; PRASADA KAKANI; BHAVANI | ) | |
| K.D. KAKANI; ROBERT E. THURBER; | ) | |
| ELEANOR B. THURBER; and DAVID J. | ) | |
| SLYMAN, JR.; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**AFFIDAVIT OF NON-RECEIPT OF SECOND NOTICE**

STATE OF DELAWARE   )
                            ) SS.

NEW CASTLE COUNTY   )

        Thomas C. Grimm declares as follows:

        1.     I am a partner at the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to plaintiff in this action.

        2.     Defendant Webber Investments ("Webber") is an Alabama limited liability company with its principal place of business in Huntsville, Alabama.

        3.     The Summons and Complaint in this action were served on defendant Webber on October 19, 2007, pursuant to 10 *Del. C.* § 3104, by hand-delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on October 24, 2007.

        4.     On October 24, 2007, copies of the Summons and Complaint were sent by registered mail to Webber Investments, c/o James Kevin Webber, 203 Weschase Row, Huntsville, Alabama 35801 together with a notice stating that the service of the originals of the Summons and Complaint had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, that service is as effectual to all intents and purposes as if it had been made upon Webber personally within this state. *See* Exhibit A.

        5.     The mailed envelope was returned as undelivered on November 14, 2007. *See* Exhibit B.

        6.     In accordance with 10 *Del. C.* § 3104(g), the envelope containing the notice was mailed by registered mail on October 24, 2007 (*see* Exhibit A). The envelope containing the notice was returned to me as the sender on November 14, 2007 (*see* Exhibit B). The notice provided in subsection (d) of 10 *Del. C.* § 3104 was contained in the envelope at the

time it was mailed. Attached as Exhibit C is the usual receipt given by the post office at the time

of registered mailing and is the receipt I obtained upon mailing the envelope and notice to

Webber.

7.      On November 21, 2007, a second set of copies of the Summons and

Complaint was sent by registered mail to Webber Investments, c/o James Kevin Webber,

203 Weschase Row, Huntsville, Alabama 35801 together with a second notice stating that the

service of the originals of the Summons and Complaint had been made upon the Delaware

Secretary of State, and that under 10 *Del. C.* § 3104, that service is as effectual to all intents and

purposes as if it had been made upon Webber personally within this state. *See* Exhibit D.

8.      The second mailed envelope was returned as undelivered on December 8,

2007. *See* Exhibit E.

9.      In accordance with 10 *Del. C.* § 3104(g), the envelope containing the

second notice was mailed by registered mail on November 21, 2007 (*see* Exhibit D). The

envelope containing the second notice was returned to me as the sender on December 8, 2007

(*see* Exhibit E). The second notice provided in subsection (d) of 10 *Del. C.* § 3104 was

contained in the envelope at the time it was mailed. Attached as Exhibit F is the usual receipt

given by the post office at the time of registered mailing and is the receipt I obtained upon

mailing the second envelope and notice to Webber.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Thomas C. Grimm (#1098)

SWORN TO AND SUBSCRIBED BEFORE ME, a Notary Public for
the State and County aforesaid, this __14th__ day of December, 2007.

_____

ANNE C. CERES
Notary Public - State of Delaware
My Comm. Expires Oct. 5, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on December 14, 2007 upon the following individuals in the manner indicated:

**BY E-MAIL**

Donald J. Detweiler
Dennis A. Meloro
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

**BY E-MAIL**

G. Bartley Loftin, III
Douglas B. Hargett
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street, S.W.
Huntsville, AL 35801

W. Percy Badham, III
Will A. Smith
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

Thomas C. Grimm (#1098)
tgrimm@mnat.com

1333362

# EXHIBIT A

# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

October 24, 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Webber Investments
c/o James Kevin Webber
203 Weschase Row
Huntsville, Alabama  35801

> *Nihon Tsushin Kabushiki Kaisha d/b/a Japan*
> *Communications, Inc. v. Donald Davidson, et al.,*
> C.A. No. 07-619-JJF

Dear Mr. Webber:

This letter constitutes notice under 10 *Del. C.* § 3104 that suit has been instituted against Webber Investments in the United States District Court for the District of Delaware.

Please be advised that the Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon Webber Investments. Under the provisions of 10 *Del. C.* § 3104, such service is effective for all intents and purposes as if it had been made upon Webber Investments personally within this State.

Enclosed is a copy of the Summons, Complaint, and other related documents as served on the Secretary of State, which explains the basis of the lawsuit.

Sincerely yours,

Thomas C. Grimm

TCG
Enclosures
cc:    Jay D. Bennett, Esquire (via email, w/o encls.)

# EXHIBIT B



016H26511489
$ 13. 130
10/24/2007
Mailed From 19801
US POSTAGE
Hasler



RETURNED TO SENDER

REASON CHECKED
Unclaimed ___  Refused ___
Attempted known ___
Insufficient Address ___ number
No such street ___ number
No such office in state ___
Do not remail in this envelope

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

Webber Investments
c/o James Kevin Webber
203 Weschase Row
Huntsville, Alabama 35801

6070/TCG



United States Postal Service
REGISTERED MAIL

RA 614 328 968 US

(102595) 99-M-1904

Label 200, July 1999

# EXHIBIT C

Registered No.

RA 614 328 968 US

Date Stamp

Reg. Fee  950

Handling Charge

Return Receipt  2.15

Postage  1.48

Restricted Delivery

Received by

To Be Completed By Post Office

Customer Must Declare Full Value $

With Postal Insurance

Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

To Be Completed By Customer (Please Print)
All Entries Must Be in Ballpoint or Typed

FROM

Thomas C. Grimm, Esquire
Morris, Nichols, Arsht & Tunnell
P.O. Box 1347
Wilmington, DE  19899-1347

TO

Webber Investments
c/o James Kevin Webber
203 Weschase Row
Huntsville, Alabama  35801

PS Form 3806,    Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

# EXHIBIT D

# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

November 21 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Webber Investments
c/o James Kevin Webber
203 Weschase Row
Huntsville, Alabama 35801

> *Nihon Tsushin Kabushiki Kaisha d/b/a Japan*
> *Communications, Inc. v. Donald Davidson, et al.,*
> C.A. No. 07-619-JJF

Dear Mr. Webber:

This letter constitutes notice under 10 *Del. C.* § 3104 that suit has been instituted against you in the United States District Court for the District of Delaware. Enclosed are copies of the Summons, Complaint, and related documents in the above-captioned case.

Please be advised that the Summons and Complaint have been served upon the Secretary of State for the State of Delaware. Under the provisions of 10 *Del. C.* § 3104, such service is effective for all intents and purposes as if it had been made upon you personally within this State.

These documents were previously mailed to you on October 24, 2007 by registered mail. That mailing was returned as undelivered on November 14, 2007. Proof of the non-receipt of the mailing was filed with the Court on November 19, 2007. Pursuant to 10 *Del. C.* § 3104(g), plaintiff is re-sending these documents to you.

Sincerely yours,

Thomas C. Grimm

Enclosures
cc:    Jay D. Bennett, Esquire (via email, w/o encls.)

# EXHIBIT E



United States Postal Service
REGISTERED MAIL

RA 614 329 314 US

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P. O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

60770/TCG

Webber Investments
c/o James Kevin Webber
203 Weschase Row
Huntsville, Alabama 35806

RETURNED TO SENDER
REASON CHECKED



Hasler

016H265148
$ 13.13
11/21/2007
Mailed From 1980
US POSTAGE

# EXHIBIT F

| Registered No. RA6143293144US US | | Date Stamp |
|---|---|---|
| Reg. Fee 9 50 $9.50 | | 0501 |
| Handling Charge $0.00 | Return Receipt 215 $2.15 | 04 |
| Postage 148 $1.48 | Restricted Delivery $0.00 | 11/21/07 |
| Received by | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ $0.00 | With Postal Insurance ☐ Without Postal Insurance ☐ | |

OFFICIAL USE

**FROM**

Thomas C. Grimm, Esquire
19801
Morris, Nichols, Arsht & Tunnell
P.O. Box 1347
Wilmington, DE  19899-1347

**TO**

Webber Investments
c/o James Kevin Webber
HUNTSVILLE AL 35801
203 Weschase Row
Huntsville, Alabama  35801

PS Form 3806,    **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®