IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIHON TSUSHIN KABUSHIKI KAISHA d/b/a<br>JAPAN COMMUNICATIONS, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>DONALD DAVIDSON, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)   C.A. No.: 07-619-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS
TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION TO
DISMISS OR, IN THE ALTERNATIVE, MOTION TO STAY OR TRANSFER**

The Parties hereby stipulate that the Delaware Defendants[1] shall have an extension of time, to and including Wednesday, January 9, 2008, in which to file their reply brief in further support of their Motion to Dismiss, or in the Alternative, Motion to Stay or Transfer.

[SIGNATURES ON NEXT PAGE]

---

[1] JCI named each of the following individuals and/or entities as defendants in the Delaware Action: Donald Davidson ("Davidson"), J. Chandler Hall ("Hall"), RNR Ventures, LLC ("RNR"), Angus Adair Wolfgang, Inc. ("AAW"), David Izatt ("Izatt"), HRC, LLC, Lioce Investments, LLC, Shatas Partners, Ltd., Bryan W. Butler, Jacalyn A. Butler, William McCary, Billie Joe McCary, Jean T. Moore, Margaret T. Moore, David S. Butler, John Jurenko, William Scott McCary, Todd J. Slyman, Franklin Street Investments, LLC, Brindlee Capital, LLC, Heide Williams, David Nichols, Mark Nicolas, James V. Balch, Alan L. Nordlinger, Forrest R. Hairston, Sr., Dixie D. Wolf, Michael W. Solley, Samuel P. McManus, Steven D. Marz, Anthony A. Gann, Gregory J. Clayton, J. Jeffrey Irons, Vicki C. Irons, City Light Capital, LLC, Louis K. Sisco, Jr., Gregory K. Gum, E. Wayne Bonner, Thomas M. Griggs, Dale B. Griggs, Webber Investments, John R. Coleman, Donna C. Coleman, Charles T. Houser, Prasada Kakani, Bhavani K.D. Kakani, Robert E. Thurber, Eleanor B. Thurber, and David J. Slyman, Jr. (collectively, the "Delaware Defendants").

| **GREENBERG TRAURIG, LLP** | **MORRIS, NICHOLS, ARSHT & TUNNELL, LLP** |
|---|---|
| /s/ Dennis A. Meloro<br>Donald J. Detweiler (No. 3087)<br>Dennis A. Meloro (No. 4435)<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 661-7000<br><br>Counsel for Defendants | /s/ Thomas C. Grimm<br>Thomas C. Grimm (No. 1098)<br>1201 N. Market Street<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 351-9595<br><br>Counsel for Nihon Tsushin Kabushiki Kaisha d/b/a Japan Communications, Inc. |

SO ORDERED this ____ day of January 2008.

_____
United States District Court Judge