**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NIHON TSUSHIN KABUSHIKI KAISHA d/b/a<br>JAPAN COMMUNICATIONS, INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>DONALD DAVIDSON, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)    C.A. No.: 07-619-JJF<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER EXTENDING TIME FOR DAVID
IZATT TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

The Parties hereby stipulate that David Izatt shall have an extension of time, to and
including Wednesday, January 9, 2008, in which to file his reply brief in further support of his
Motion to Dismiss.

| **GREENBERG TRAURIG, LLP** | **MORRIS, NICHOLS, ARSHT & TUNNELL, LLP** |
|---|---|
| /s/ Dennis A. Meloro<br>Donald J. Detweiler (No. 3087)<br>Dennis A. Meloro (No. 4435)<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 661-7000<br><br>Counsel for David Izatt | /s/ Thomas C. Grimm<br>Thomas C. Grimm (No. 1098)<br>1201 N. Market Street<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 351-9595<br><br>Counsel for Nihon Tsushin Kabushiki Kaisha d/b/a<br>Japan Communications, Inc. |

SO ORDERED this _____ day of January 2008.

                                        _____
                                       United States District Court Judge