IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIHON TSUSHIN KABUSHIKI KAISHA <br> d/b/a JAPAN COMMUNICATIONS, INC., <br> <br> Plaintiff, <br> <br> v. <br> <br> DONALD DAVIDSON; DAVID IZATT; J. CHANDLER HALL; RNR VENTURES, LLC; ANGUS ADAIR WOLFGANG, INC.; HRC, LLC; LIOCE INVESTMENTS, LLC; SHATAS PARTNERS, LTD.; BRYAN W. BUTLER; JACALYN A. BUTLER; WILLIAM McCARY; BILLIE JOE McCARY; JEAN T. MOORE; MARGARET T. MOORE; DAVID S. BUTLER; JOHN JURENKO; WILLIAM SCOTT McCARY; TODD J. SLYMAN; FRANKLIN STREET INVESTMENTS, LLC; BRINDLEE CAPITAL LLC; HEIDE WILLIAMS; DAVID NICOLAS; MARK NICOLAS; JAMES V. BALCH; ALAN L. NORDLINGER; FORREST R. HAIRSTON; SR.; DIXIE D. WOLF; MICHAEL W. SOLLEY; SAMUEL P. MCMANUS; STEVEN D. MARZ; ANTHONY A. GANN; GREGORY J. CLAYTON; J. JEFFREY IRONS; VICKI C. IRONS; CITY LIGHT CAPITAL, LLC; LOUIS K. SISCO, JR.; GREGORY K. GUM; E. WAYNE BONNER; THOMAS M. GRIGGS; DALE B. GRIGGS; WEBBER INVESTMENTS; JOHN R. COLEMAN; DONNA C. COLEMAN; CHARLES T. HOUSER; PRASADA KAKANI; BHAVANI K.D. KAKANI; ROBERT E. THURBER; ELEANOR B. THURBER; and DAVID J. SLYMAN, JR.; <br> <br> Defendants. | C.A. No. 07-619-JJF |

## **AFFIDAVIT OF MAILING**

Thomas C. Grimm declares as follows:

1. I am a partner at the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to plaintiff in this action.

2. Defendant Angus Adair Wolfgang, Inc. ("AAW") is an Alabama corporation with its principal place of business in Huntsville, Alabama.

3. The Summons and Complaint in this action were served on defendant AAW on October 19, 2007, pursuant to 10 *Del. C.* § 3104, by hand-delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on October 24, 2007.

4. On October 24, 2007, copies of the Summons and Complaint were sent by registered mail to Angus Adair Wolfgang, Inc., c/o Robert Adair McManus, 234 Walker Ave., Huntsville, Alabama 35801, together with a notice stating that the service of the originals of the Summons and Complaint had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, that service is as effectual to all intents and purposes as if it had been made upon AAW personally within this state. *See* Exhibit A.

5. To date, the return receipt for this mailing has not been received. According to the United States Postal Service, the item "was delivered at 12:24 PM on November 1, 2007 in HUNTSVILLE, AL 35801.

6. A second mailing was sent on December 20, 2007. On that date, copies of the Summons and Complaint were sent by registered mail to Angus Adair Wolfgang, Inc., c/o Robert Adair McManus, 234 Walker Ave., Huntsville, Alabama 35801, together with a notice stating that the service of the originals of the Summons and Complaint had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, that service is as

effectual to all intents and purposes as if it had been made upon AAW personally within this state. *See* Exhibit B.

      7.    The registered mail return receipt from that mailing was received on January 5, 2008, and shows that AAW received and accepted the Summons, Complaint and notice. *See* Exhibit C.

      I declare under penalty of perjury that the foregoing is true and correct.

_____
Thomas C. Grimm (#1098)

SWORN TO AND SUBSCRIBED BEFORE ME,
a Notary Public for the State and County aforesaid,
this _____ day of January, 2008.

_____
N. CLAIRE FORD
NOTARY PUBLIC
1377585   STATE OF DELAWARE
My commission expires July 30, 2009

# EXHIBIT A

Case 1:07-cv-00619-JJF   Document 105-2   Filed 01/09/2008   Page 1 of 8

# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

October 24, 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Angus Adair Wolfgang, Inc.
c/o Robert Adair McManus
234 Walker Ave.
Huntsville, Alabama 35801

> *Nihon Tsushin Kabushiki Kaisha d/b/a Japan*
> *Communications, Inc. v. Donald Davidson, et al.,*
> C.A. No. 07-619-JJF

Dear Mr. McManus:

This letter constitutes notice under 10 *Del. C.* § 3104 that suit has been instituted against Angus Adair Wolfgang, Inc. in the United States District Court for the District of Delaware.

Please be advised that the Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon Angus Adair Wolfgang, Inc.. Under the provisions of 10 *Del. C.* § 3104, such service is effective for all intents and purposes as if it had been made upon Angus Adair Wolfgang, Inc. personally within this State.

Enclosed is a copy of the Summons, Complaint, and other related documents as served on the Secretary of State, which explains the basis of the lawsuit.

Sincerely yours,

*Thomas C. Grimm* (signature)

Thomas C. Grimm

TCG
Enclosures
cc:   Jay D. Bennett, Esquire (via email, w/o encls.)

| Registered No. RA 614 328 804 US | | Date Stamp |
|---|---|---|
| Reg. Fee 9 50 | | |
| Handling Charge | Return Receipt 2 15 | |
| Postage 1 48 | Restricted Delivery | |
| Received by VB | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☐ Without Postal Insurance | |

*To Be Completed By Post Office*

**OFFICIAL USE**

FROM:
Thomas C. Grimm, Esquire
Morris, Nichols, Arsht & Tunnell
P.O. Box 1347
Wilmington, DE  19899-1347

TO:
Angus Adair Wolfgang, Inc.
c/o Robert Adair McManus
234 Walker Ave.
Huntsville, Alabama  35801

*To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed*

PS Form 3806, May 2004 (7530-02-000-9051)     1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

# EXHIBIT B

# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

December 20, 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Angus Adair Wolfgang, Inc.
c/o Robert Adair McManus
234 Walker Avenue
Huntsville, Alabama 35801

> *Nihon Tsushin Kabushiki Kaisha d/b/a Japan*
> *Communications, Inc. v. Donald Davidson, et al.,*
> C.A. No. 07-619-JJF

Dear Mr. McManus:

This letter constitutes notice under 10 *Del. C.* § 3104 that suit has been instituted against Angus Adair Wolfgang, Inc. in the United States District Court for the District of Delaware.

Please be advised that the Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon Angus Adair Wolfgang, Inc.. Under the provisions of 10 *Del. C.* § 3104, such service is effective for all intents and purposes as if it had been made upon Angus Adair Wolfgang, Inc. personally within this State.

Enclosed is a copy of the Summons, Complaint, and other related documents as served on the Secretary of State, which explains the basis of the lawsuit.

Sincerely yours,

*Thomas C. Grimm*

Thomas C. Grimm

TCG
Enclosures
cc:  Jay D. Bennett, Esquire (via email, w/o encls.)



# EXHIBIT C

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)<br>Robert A McManus | B. Date of Delivery |
| | C. Signature<br>X (signature) | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>ngus Adair Wolfgang, Inc.<br>o Robert Adair McManus<br>4 Walker Ave.<br>untsville, Alabama  35801 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)          ☐ Yes | |
| 2. Article Number (Copy from service label)<br>RA 614 329 576 US | | |

PS Form 3811, July 1999        Domestic Return Receipt                102595-00-M-0952