IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NIHON TSUSHIN KABUSHIKI KAISHA<br>d/b/a JAPAN COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DONALD DAVIDSON; DAVID IZATT;<br>J. CHANDLER HALL; RNR VENTURES,<br>LLC; ANGUS ADAIR WOLFGANG, INC.;<br>HRC, LLC; LIOCE INVESTMENTS, LLC;<br>SHATAS PARTNERS, LTD.; BRYAN W.<br>BUTLER; JACALYN A. BUTLER; WILLIAM<br>McCARY; BILLIE JOE McCARY; JEAN T.<br>MOORE; MARGARET T. MOORE; DAVID S.<br>BUTLER; JOHN JURENKO; WILLIAM<br>SCOTT McCARY; TODD J. SLYMAN;<br>FRANKLIN STREET INVESTMENTS, LLC;<br>BRINDLEE CAPITAL LLC; HEIDE<br>WILLIAMS; DAVID NICOLAS; MARK<br>NICOLAS; JAMES V. BALCH; ALAN L.<br>NORDLINGER; FORREST R. HAIRSTON;<br>SR.; DIXIE D. WOLF; MICHAEL W.<br>SOLLEY; SAMUEL P. MCMANUS; STEVEN<br>D. MARZ; ANTHONY A. GANN; GREGORY<br>J. CLAYTON; J. JEFFREY IRONS; VICKI C.<br>IRONS; CITY LIGHT CAPITAL, LLC; LOUIS<br>K. SISCO, JR.; GREGORY K. GUM;<br>E. WAYNE BONNER; THOMAS M. GRIGGS;<br>DALE B. GRIGGS; WEBBER<br>INVESTMENTS; JOHN R. COLEMAN;<br>DONNA C. COLEMAN; CHARLES T.<br>HOUSER; PRASADA KAKANI; BHAVANI<br>K.D. KAKANI; ROBERT E. THURBER;<br>ELEANOR B. THURBER; and DAVID J.<br>SLYMAN, JR.;<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 07-619-JJF |

**AFFIDAVIT OF MAILING**

Thomas C. Grimm declares as follows:

1. I am a partner at the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to plaintiff in this action.

2. Defendant William Scott McCary ("W. S. McCary") is a citizen of the State of Alabama.

3. The Summons and Complaint in this action were served on defendant W. S. McCary on October 19, 2007, pursuant to 10 *Del. C.* § 3104, by hand-delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on October 24, 2007.

4. On October 24, 2007, copies of the Summons and Complaint were sent by registered mail to William Scott McCary, 27 Ledges View Drive, Huntsville, Alabama 35802, together with a notice stating that the service of the originals of the Summons and Complaint had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, that service is as effectual to all intents and purposes as if it had been made upon W. S. McCary personally within this state. *See* Exhibit A.

5. To date, the return receipt for this mailing has not been received. According to the United States Postal Service, the "item was delivered at 2:57 PM on November 1, 2007 in HUNTSVILLE, AL 35802."

6. A second mailing was sent on December 20, 2007. On that date, copies of the Summons and Complaint were sent by registered mail to William Scott McCary, 27 Ledges View Drive, Huntsville, Alabama 35802, together with a notice stating that the service of the originals of the Summons and Complaint had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, that service is as effectual to all intents and purposes as if it had been made upon W. S. McCary personally within this state. *See* Exhibit B.

7.  The registered mail return receipt from that mailing was received on January 5, 2008, and shows that W. S. McCary received and accepted the Summons, Complaint and notice. *See* Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Thomas C. Grimm*
Thomas C. Grimm (#1098)

SWORN TO AND SUBSCRIBED BEFORE ME,
a Notary Public for the State and County aforesaid,
this _9th_ day of January, 2008.

*/s/ N. Claire Ford*

N. CLAIRE FORD
NOTARY PUBLIC
1377862 STATE OF DELAWARE
My commission expires July 30, 2009

# Exhibit A

# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

October 24, 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. William Scott McCary
27 Ledges View Drive
Huntsville, Alabama 35802

> *Nihon Tsushin Kabushiki Kaisha d/b/a Japan*
> *Communications, Inc. v. Donald Davidson, et al.,*
> C.A. No. 07-619-JJF

Dear Mr. McCary:

This letter constitutes notice under 10 *Del. C.* § 3104 that suit has been instituted against you in the United States District Court for the District of Delaware.

Please be advised that the Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon you. Under the provisions of 10 *Del. C.* § 3104, such service is effective for all intents and purposes as if it had been made upon you personally within this State.

Enclosed is a copy of the Summons, Complaint, and other related documents as served on the Secretary of State, which explains the basis of the lawsuit.

Sincerely yours,

Thomas C. Grimm

TCG
Enclosures
cc:   Jay D. Bennett, Esquire (via email, w/o encls.)

| Registered No.<br>RA 614 329 230 US | | Date Stamp |
|---|---|---|
| Reg. Fee 4 50 | | |
| Handling Charge | Return Receipt 2 15 | |
| Postage 1 48 | Restricted Delivery | |
| Received by AB | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ 0 | With Postal Insurance ☐<br>Without Postal Insurance ☐ | |

OFFICIAL USE

FROM:
Thomas C. Grimm, Esquire
Morris, Nichols, Arsht & Tunnell
P.O. Box 1347
Wilmington, DE  19899-1347

TO:
Mr. William Scott McCary
27 Ledges View Drive
Huntsville, Alabama  35802

PS Form 3806, **Receipt for Registered Mail**   Copy 1 - Customer
May 2004 (7530-02-000-9051)                    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

# EXHIBIT B

# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

THOMAS C. GRIMM
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

December 20, 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. William Scott McCary
27 Ledges View Drive
Huntsville, Alabama 35802

> *Nihon Tsushin Kabushiki Kaisha d/b/a Japan*
> *Communications, Inc. v. Donald Davidson, et al.,*
> C.A. No. 07-619-JJF

Dear Mr. McCary:

This letter constitutes notice under 10 *Del. C.* § 3104 that suit has been instituted against you in the United States District Court for the District of Delaware.

Please be advised that the Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon you. Under the provisions of 10 *Del. C.* § 3104, such service is effective for all intents and purposes as if it had been made upon you personally within this State.

Enclosed is a copy of the Summons, Complaint, and other related documents as served on the Secretary of State, which explains the basis of the lawsuit.

Sincerely yours,

*Thomas C Grimm*

Thomas C. Grimm

TCG
Enclosures
cc:   Jay D. Bennett, Esquire (via email, w/o encls.)



# EXHIBIT C

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) | B. Date of Delivery<br>12-31 |
| | C. Signature<br>X | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Mr. William Scott McCary<br>27 Ledges View Drive<br>Huntsville, Alabama 35802 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No<br><br>[DEC 31 2007 Huntsville postmark] | |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number (Copy from service label)<br>RA 614 329 345 US | | |
| PS Form 3811, July 1999  Domestic Return Receipt | 102595-00-M-0952 | |

Rec'd 1-5-08