# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| NIHON TSUSHIN KABUSHIKI KAISHA d/b/a JAPAN COMMUNICATIONS, INC., | ) Case No. 07-619 (JJF) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DONALD DAVIDSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## REQUEST FOR ORAL ARGUMENT AND NOTICE OF COMPLETION OF BRIEFING

In accordance with this Court's procedures and Local Rule 7.1.2, the Delaware Defendants[1] ("Defendants"), by and through their undersigned attorneys, hereby notify the Court that briefing on their Motion to Dismiss or, in the Alternative, Motion to Stay or Transfer (the "Motion") [Docket Nos. 91, 92] is complete.

On November 30, 2007, Defendants filed the Motion. On December 17, 2007, Plaintiff filed its Answering Brief to Defendants' Motion to Dismiss or, in the Alternative, Motion to Stay or Transfer [Docket No. 99].

On January 9, 2008, Defendants filed their Reply Brief in Support of Their Motion to Dismiss or, in the Alternative, Motion to Stay or Transfer [Docket No. 108].

---

[1] JCI named each of the following individuals and/or entities as defendants in the Delaware Action: Donald Davidson ("Davidson"), J. Chandler Hall ("Hall"), RNR Ventures, LLC ("RNR"), Angus Adair Wolfgang, Inc. ("AAW"), David Izatt ("Izatt"), HRC, LLC, Lioce Investments, LLC, Shatas Partners, Ltd., Bryan W. Butler, Jacalyn A. Butler, William McCary, Billie Joe McCary, Jean T. Moore, Margaret T. Moore, David S. Butler, John Jurenko, William Scott McCary, Todd J. Slyman, Franklin Street Investments, LLC, Brindlee Capital, LLC, Heide Williams, David Nichols, Mark Nicolas, James V. Balch, Alan L. Nordlinger, Forrest R. Hairston, Sr., Dixie D. Wolf, Michael W. Solley, Samuel P. McManus, Steven D. Marz, Anthony A. Gann, Gregory J. Clayton, J. Jeffrey Irons, Vicki C. Irons, City Light Capital, LLC, Louis K. Sisco, Jr., Gregory K. Gum, E. Wayne Bonner, Thomas M. Griggs, Dale B. Griggs, Webber Investments, John R. Coleman, Donna C. Coleman, Charles T. Houser, Prasada Kakani, Bhavani K.D. Kakani, Robert E. Thurber, Eleanor B. Thurber, and David J. Slyman, Jr. (collectively, the "Delaware Defendants"). This Motion and corresponding Brief are filed on behalf of all the Delaware Defendants. Contemporaneously with this Motion, undersigned counsel filed a separate Motion to Dismiss the Delaware Action on behalf of Izatt based on the fact that he is not subject to personal jurisdiction in Delaware.

All briefing related to the Motion has been completed. Pursuant to Local Rule 7.1.4, Defendants respectfully request that oral argument be held on the Motion at the Court's earliest convenience.

Dated: January 9, 2008

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

/s/ Dennis A. Meloro
Donald J. Detweiler (No. 3087)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
detweilerd@gtlaw.com
melorod@gtlaw.com

-and-

**MAYNARD, COOPER & GALE, P.C.**

G. Bartley Loftin, III
Douglas B. Hargett
655 Gallatin Street, S.W.
Huntsville, Alabama 35801
Telephone: (256) 512-0171

-and-

**MAYNARD, COOPER & GALE P.C.**

W. Percy Badham, III
Will A. Smith
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 254-1000

Attorneys for the Defendants