# Greenberg Traurig

Dennis A. Meloro
Tel. 302.661.7395
Fax 302.661.7360
melorod@gtlaw.com

January 10, 2008

The Honorable Joseph J. Farnan, Jr.
United States District Court for
 the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Lockbox 27
Wilmington, DE 19801

    Re:    **Nihon Tsushin Kabushiki Kaisha, d/b/a Japan Communications, Inc. v. Donald Davidson, *et al.*,**
            **Case No.: 07-619 (JJF)**

Dear Judge Farnan:

    As the Court is aware, this firm represents the defendants in the above matter. I write to inform the Court that Defendant David Izatt ("Izatt") does not intend to submit a Reply Brief in Support of his Motion to Dismiss. Rather, Izatt will rely upon the arguments he previously made in his original Motion and Opening Brief.

    Respectfully submitted,

    */s/ Dennis A. Meloro*
    Dennis A. Meloro (DE No. 4435)

DAM/ps

cc:    Peter T. Dalleo, Clerk of the District Court
       Thomas C. Grimm, Esquire
       Jay D. Bennett, Esquire
       Douglas B. Hargett, Esquire (via e-mail)
       G. Bartley Loftin, III, Esquire (via e-mail)

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

*Strategic Alliance
Tokyo Office/Strategic Alliance

DEL 86,205,531v1 1/10/2008
Greenberg Traurig, LLP | Attorneys at Law | The Nemours Building | 1007 North Orange Street | Suite 1200 | Wilmington, DE 19801
Tel 302.661.7000 | Fax 302.661.7360

www.gtlaw.com