IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIHON TSUSHIN KABUSHIKI KAISHA d/b/a JAPAN COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DONALD DAVIDSON, et al.,[1] <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No.: 07-619-JJF ) ) ) ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Douglas Barkley Hargett, Esq. of the law firm of Maynard, Cooper & Gale, P.C., to represent the Defendants in the above-referenced civil action.

Dated: January 14, 2008.

GREENBERG TRAURIG, LLP

_____
Dennis A. Meloro (BAR #4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
Attorneys for the Defendants

---

[1] Plaintiff named each of the following individuals and/or entities as defendants: Donald Davidson, J. Chandler Hall, RNR Ventures, LLC, Angus Adair Wolfgang, Inc., David Izatt, HRC, LLC, Lioce Investments, LLC, Shatas Partners, Ltd., Bryan W. Butler, Jacalyn A. Butler, William McCary, Billie Joe McCary, Jean T. Moore, Margaret T. Moore, David S. Butler, John Jurenko, William Scott McCary, Todd J. Slyman, Franklin Street Investments, LLC, Brindlee Capital, LLC, Heide Williams, David Nichols, Mark Nicolas, James V. Balch, Alan L. Nordlinger, Forrest R. Hairston, Sr., Dixie D. Wolf, Michael W. Solley, Samuel P. McManus, Steven D. Marz, Anthony A. Gann, Gregory J. Clayton, J. Jeffrey Irons, Vicki C. Irons, City Light Capital, LLC, Louis K. Sisco, Jr., Gregory K. Gum, E. Wayne Bonner, Thomas M. Griggs, Dale B. Griggs, Webber Investments, John R. Coleman, Donna C. Coleman, Charles T. Houser, Prasada Kakani, Bhavani K.D. Kakani, Robert E. Thurber, Eleanor B. Thurber, and David J. Slyman, Jr.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Alabama and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Douglas Barkley Hargett
Maynard, Cooper & Gale, P.C.
655 Gallatin Street, S.W.
Huntsville AL 35801
256-512-0171

## ORDER GRANTING MOTION

It is hereby ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: January _____, 2008.

_____
Honorable Judge Joseph J. Farnan
United States District Court Judge