# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

February 1, 2008

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re: *Nihon Tsushin Kabushiki Kaisha d/b/a Japan Communications, Inc. v. Donald Davidson, et al.*, C.A. No. 07-619-JJF

Dear Judge Farnan:

    Pursuant to Local Rule 7.1.2(b), I am providing the Court with a copy of a decision of the Circuit Court of Madison County, Alabama, in the action styled *RNR Ventures, L.L.C., et al. v. Japan Communications, Inc., et al.*, C.A. No. 07-1345 ("the Alabama action"). This decision is relevant to Defendants' Motion to Dismiss or, in the Alternative, Motion to Stay or Transfer (D.I. 91), which is pending before the Court, because defendants argue that the Alabama action constitutes a "first-filed action" concerning the parties and claims in the case here in Delaware. The Alabama court has ruled that plaintiffs in the Alabama action did not properly serve Japan Communications, Inc., the plaintiff in this case.

                         Respectfully,

                         Thomas C. Grimm (#1098)

TCG
Enclosure
cc:    Dr. Peter T. Dalleo, Clerk (by hand, w/encl.)
       Dennis A. Meloro, Esq. (by e-filing & e-mail, w/encl.)
       G. Bartley Loftin, III, Esq. (by e-mail, w/encl.)
       W. Percy Badham, III, Esq. (by e-mail, w/encl.)
       Jay D. Bennett, Esq. (by e-mail, w/encl.)



**AlaFile E-Notice**

47-CV-2007-001345.00

Judge: HON. LOYD H LITTLE JR

To:  GAMMONS ROBERT C
bob@smhg.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

RNR VENTURES LLC ET AL VS JAPAN COMMUNICATIONS INC ET AL
47-CV-2007-001345.00

The following matter was FILED on 1/31/2008 4:53:49 PM

Notice Date:    1/31/2008 4:53:49 PM

**JANE C. SMITH**
**CIRCUIT COURT CLERK**
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
HUNTSVILLE, AL 35801

256-532-3390
jane.smith@alacourt.gov



ELECTRONICALLY FILED
1/31/2008 4:53 PM
CV-2007-001345.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
JANE C. SMITH, CLERK

# IN THE CIRCUIT COURT
# OF MADISON COUNTY, ALABAMA

| | |
|---|---|
| RNR VENTURES, L.L.C., individually and on behalf of all other shareholders of Arxceo Corporation; | ) ) ) |
| ANGUS ADAIR WOLFGANG, INC., individually and on behalf of all other Shareholders of Arxceo Corporation; | ) ) ) ) |
| DONALD J. DAVIDSON, individually and on behalf of all other shareholders of Arxceo Corporation; and | ) ) ) ) |
| J. CHANDLER HALL, individually and on behalf of all other shareholders of Arxceo Corporation; | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **CIVIL ACTION NUMBER** |
| | ) **CV07-1345 LHL** |
| JAPAN COMMUNICATIONS, INC.; | ) |
| COMMUNICATIONS SECURITY AND COMPLIANCE TECHNOLOGIES, INC.; | ) ) ) |
| COMPUTER AND COMMUNICATION TECHNOLOGIES, INC.; | ) ) ) |
| FRANK SEIJI SANDA, individually and as a member of the Board of Directors of Arxceo Corporation; | ) ) ) ) |
| J. MARC WINN, individually and as a member of the Board of Directors of Arxceo Corporation; and | ) ) ) ) ) |
| ARXCEO CORPORATION; | ) ) |
| Defendants. | ) ) |

-2-

## ORDER ON MOTION TO STRIKE

THIS MATTER came before the Court on Plaintiffs' Motion to Strike the First and Second Affirmative Defenses of the Answer filed by Defendants herein, and the introductory paragraph of the Counterclaim filed by Defendants Japan Communications, Inc. and ARXCEO Corporation. In consideration of the motion and supporting brief, as well as the opposition to the Motion to Strike filed by Defendants Japan Communications, Inc. and Frank Seiji Sanda, and oral argument presented to the Court by the parties;

It is, hereby, ORDERED that the Plaintiffs' Motion to Strike is DENIED on the ground that the Plaintiffs have failed to perfect service of process upon the said Japan Communications, Inc. and Frank Seiji Sanda in accordance with the Alabama Rules of Civil Procedure.

DONE this the 31st day of January, 2008.

/s/Loyd H. Little, Jr.
Loyd H. Little, Jr.
Circuit Judge