# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

February 14, 2008

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:  *Nihon Tsushin Kabushiki Kaisha d/b/a Japan Communications, Inc. v. Donald Davidson, et al.*, C.A. No. 07-619-JJF

Dear Judge Farnan:

Pursuant to Local Rule 7.1.2(b), and further to my letter of February 1, 2008, I am providing the Court with a copy of an Amended Order of the Circuit Court of Madison County, Alabama, in the action styled *RNR Ventures, L.L.C., et al. v. Japan Communications, Inc., et al.*, C.A. No. 07-1345, wherein the Alabama court amends the Order which I provided to Your Honor with my February 1, 2008 letter.

Respectfully,

Thomas C. Grimm (#1098)

TCG
Enclosure
cc:   Dr. Peter T. Dalleo, Clerk (by hand, w/encl.)
      Dennis A. Meloro, Esq. (by e-filing & e-mail, w/encl.)
      G. Bartley Loftin, III, Esq. (by e-mail, w/encl.)
      Will A. Smith, Esq. (by e-mail, w/encl.)
      Jay D. Bennett, Esq. (by e-mail, w/encl.)



**AlaFile E-Notice**

47-CV-2007-001345.00

Judge: HON. LOYD H LITTLE JR

To: GAMMONS ROBERT C
bob@smhg.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

RNR VENTURES LLC ET AL VS JAPAN COMMUNICATIONS INC ET AL
47-CV-2007-001345.00

The following matter was FILED on 2/14/2008 11:34:32 AM

Notice Date:   2/14/2008 11:34:32 AM

JANE C. SMITH
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
HUNTSVILLE, AL 35801

256-532-3390
jane.smith@alacourt.gov

ELECTRONICALLY FILED
2/14/2008 11:34 AM
CV-2007-001345.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
JANE C. SMITH, CLERK

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

| | |
|---|---|
| RNR VENTURES, L.L.C., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NIHON TSUSHIN KABUSHIKI KAISHA )<br>d/b/a JAPAN COMMUNICATIONS, INC., )<br>*et al.*, )<br>)<br>Defendants. ) | CIVIL ACTION NUMBER<br>CV07-1345-LHL |

### AMENDED ORDER ON MOTION TO STRIKE

THIS MATTER came before the Court on the Plaintiffs' Motion to Strike (the "Motion") the First and Second Affirmative Defenses of the Answer filed by the Defendants and the introductory paragraph of the Counterclaim filed by Defendants Nihon Tsushin Kabushiki Kaisha d/b/a Japan Communications, Inc. ("JCI") and Arxceo Corporation. On January 31, 2008, the Court entered an Order on the Motion and inadvertently omitted ruling specifically the issue of personal jurisdiction. Having considered the Motion and supporting Brief, the Opposition to the Motion filed by JCI and Frank Seiji Sanda ("Sanda"), and oral arguments presented to the Court, the Motion is denied and the Court's Order dated January 31, 2008 is amended to state as follows:

Regarding service of process, the Second Affirmative Defense, it is hereby **ORDERED** that the Motion is **DENIED** insofar as the Plaintiffs have not perfected service of process upon JCI and Sanda in accordance with the *Alabama Rules of Civil Procedure* as of the date of this Order. Regarding personal jurisdiction, the First Affirmative Defense, the Court finds that until the Court is notified that JCI and Sanda have been served with process, the issue of whether or not this Court has personal jurisdiction over JCI and Sanda is not ripe for adjudication, and the Court cannot make a determination of personal jurisdiction until JCI and Sanda are served with process.

DONE and ENTERED this 14th day of February, 2008.

/s/Loyd H. Little, Jr.
Loyd H. Little, Jr., Circuit Court Judge for
Madison County, Alabama